# EXHIBIT 1

BARTON

**Maurice N. Ross**
**Direct Dial: 212-885-8845**
**mross@bartonesq.com**

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262 Office
(212) 687.3667 Fax

bartonesq.com

October 31, 2022

**BY FEDERAL EXPRESS AND EMAIL** (contact@newyorkiconiccruises.com)

Oluwabamise Jegede
B. Lister Jegede
Aurora Tourism Services, LLC
DBA New York Iconic Cruises
55 Raymond Place
Yonkers, New York 10704-2341

Aurora Tourism Services, LLC
DBA New York Iconic Cruises
22 East Clinton Avenue
Irvington NY 10533

Re: **Demand to Cease and Desist from Violations of Intellectual Property Rights and Unfair Trade Practices**

Dear Sirs:

Our law firm represents Go New York Tours, Inc., DBA ("TOPVIEW"), which offers tourism services within New York City under its Federally Registered Trademark "TOPVIEW". We have conducted a detailed investigation of your double decker tour bus operations under the brand name New York Iconic Cruises, and we have determined that you have engaged in a pattern of illegal misconduct. We have video, photographic and eye-witness evidence that your ticket vendors, drivers and other employees have repeatedly informed actual and potential customers that you are associated with TOPVIEW, that you offer TOPVIEW double decker bus tours, that the tickets they purchase from you can be used to ride TOPVIEW tour buses, and that any complaints or concerns regarding your inferior and unsafe operations should be directed to TOPVIEW. Ticket sellers for your company have been found to have been wearing "TOPVIEW" brand shirts and Jackets, and to have used "TOPVIEW" brochures and maps and to sell tickets for your company's bus tours. You have also brazenly copied TOPVIEW's terms of service and maps and posted them on your web-sites. This illegal and, indeed, outrageous misconduct has caused substantial harm to TOPVIEW, as you have wrongfully diverted ticket

sales from TOPVIEW, and harmed TOPVIEW's reputation by offering inferior and unsafe services purportedly in association with TOPVIEW. You operate only a small number of buses forcing customers to wait for long periods of time, and otherwise operate in a reckless and unsafe manner, endangering members of the public while harming the reputation TOPVIEW and indeed, the entire industry.

Your illegal conduct violates both federal and state law, and indeed, may constitute a violation of both Federal and State RICO (racketeering) law based on numerous predicate statutory violations including mail fraud, wire fraud, copyright infringement, trademark infringement, counterfeiting, deceptive and unfair business practices, and many others. Your actions also violate the United States Lanham Act, 15 U.S.C. § 1111, *et seq.* and other federal and/or state laws concerning unfair competition and trade practices, trademark, and consumer fraud, among others. Potential remedies available to TOPVIEW include, among other things, recovery of its actual damages, disgorgement of your profits, treble damages, and its attorneys' fees, costs, and expenses incurred in prosecuting an action against you (See 15 U.S.C. §1117), as well as injunctive relief.

Based on the foregoing, on behalf of TOPVIEW, we demand that you immediately cease and desist from operating double decker buses in the City of New York in an illegal and unsafe manner. You must cease operating from unauthorized bus stops and loading and unloading passengers in a manner that creates hazardous traffic and pedestrian conditions. You must accurately disclose to passengers who board your buses when the bus will be departing, which is a requirement of the New York City Department of Consumer affairs. You must avoid any suggestion or inference that your company is associated with TOPVIEW, and your ticket sellers must wear uniforms that display your company name and logo conspicuously. You must cease allowing your ticket sellers to use TOPVIEW brochures and maps when soliciting customers and such solicitations must cease at bus stops assigned to TOPVIEW. Also, you must immediately cease employing ticket sellers who are not appropriately licensed by the Department of Consumer Affairs. You must remove from your web-site immediately the terms of service and maps which you copied from TOPVIEW. You must instruct your drivers and personnel that they are prohibited from suggesting any association with TOPVIEW Given the egregious nature of your illegal conduct, your company should no longer be permitted to operate in New York unless you comply with the conditions set forth above. Your misconduct has caused irreparable harm to TOVIEW and the entire industry, and the only way to dissipate the harm is for your company to cease its double decker tour bus and boat operations in their entirety.

We further demand that, within five days of this letter (no later than November 4, 2022), you do the following:

- Advise our law firm, in writing, that you have discontinued any use of the TOPVIEW brand name, TOPVIEW brochures, TOPVIEW maps, and other TOPVIEW branded marketing material;
- Advise our law firm that you have instructed all ticket sellers and other employees that they must not assert that your company is associated with TOPVIEW or offers TOPVIEW tours;

- Remove from your web-sites the words or phrases "TOPVIEW" or "Top View" or any variation of such words, and remove from your web-sites the terms of use and maps that you copied from TOPVIEW;
- Post disclaimers in bold prominent letters on your web-sites, tickets, and marketing materials that Iconic Cruises is not associated with or affiliated with TOPVIEW;
- Cease loading or unloading passengers at bus stops assigned to TOPVIEW and/or Big Bus;
- Send a notice by mail to all persons who purchased tickets from you during the past six months to inform them that you have not been and will never be associated with TOPVIEW;
- Take out a full page add in major newspapers in New York, Boston, Los Angeles, San Francisco, Miami, Tampa Bay, Chicago, Minneapolis, Seattle, Denver, Dallas, Houston, San Antonio, St Louis, Kansas City, Philadelphia, Washington, D.C., Orlando, Toronto, Montreal, London, Paris, Tel Aviv, and Dubai, disclaiming any association with TOPVIEW and apologizing for any consumer confusion created by your operations;
- Provide a written report setting forth all revenues and profits earned by you during 2022, the number of tickets sold, the prices at which tickets were, and the compensation or commissions paid by you to ticket sellers or other third parties;
- Provide the names, addresses, and contact information for each of your officers, directors, employees, ticket sellers, bus drivers, mechanics and others who performed work for you during 2022, and provide a notice to each of them that they are prohibited from suggesting any past or future association with TOPVIEW or Go New York.

While Go New York/Topview would prefer to resolve this matter with you amicably through negotiation, it will not hesitate to undertake legal action to enforce its rights and to recover damages if necessary. Any settlement of this matter will require that you pay the costs and attorneys' fees incurred by TOPVIEW in enforcing its rights. Take note that this letter does not purport to set forth a complete statement of all relevant facts, laws, or remedies. Further, nothing herein is intended to waive any right, remedy, or lawful course of action of Go New York and TOPVIEW, all of which we hereby expressly reserve.

Very truly yours,

Maurice N. Ross, Esq.