# EXHIBIT 2

FedEx

November 01, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770357039920

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature release on file | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | Irvington, NY, |
| | | **Delivery date:** | Nov 1, 2022 10:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770357039920 | **Ship Date:** | Oct 31, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

Irvington, NY, US,

**Shipper:**

NEW YORK, NY, US,

**Reference** 1404/050

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

FedEx

November 01, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770356989462

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | Yonkers, NY, |
| | | **Delivery date:** | Nov 1, 2022 10:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 770356989462 | **Ship Date:** | Oct 31, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

Yonkers, NY, US,

**Shipper:**

NEW YORK, NY, US,

**Reference** 1404/050

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx