# EXHIBIT 3

BARTON

**Maurice N. Ross**
**Direct Dial: 212-885-8845**
**mross@bartonesq.com**

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262 Office
(212) 687.3667 Fax

bartonesq.com

November 29, 2022

**BY FEDERAL EXPRESS AND EMAIL**
Groupon, Inc.
600 West Chicago Avenue
Suite 600
Chicago, IL 60654
support@groupon.com

Re: **Demand to Delete False and Misleading Advertisements**

Dear Sirs/Madams:

We represent Go New York Tours, Inc. which operates double decker tourist buses In New York City under the "TOPVIEW" brand (hereinafter referred to as "TopView"). TopView is the owner of the federally registered trademark for the mark "TOPVIEW", Registration Number 87617729 (the "Registered Mark"). TopView is one of two companies operating in New York City that offer legitimate "hop-on, hop-off" tours, wherein double decker tour buses carry passengers to various tourist attractions, at which customers can "hop off" the bus at bus stops assigned to these companies by the New York City Department of Transportation, visit the tourist attraction and then "Hop On" another bus to other tourist attractions. The other company that offers such tours is known as "Big Bus". Both companies operate fleets of business that travel in "loops" around New York City, such that tourists who use these services will be able to "hop off" and "hop on" buses without waiting for lengthy time periods to "hop back on" a bus after visiting any specific tourist attraction. These popular tour bus operations are an essential part of the experiences in New York City for tourists from throughout the nation and the world.

TopView has recently learned that you have published advertisements for Aurora Tourism Services, LLC ("Aurora"), which purports to operate "hop on, hop off" tours under band names "NY Iconic Tours" and "NY Iconic Cruises". These advertisements are fundamentally misleading and are nothing less than a fraud on the public. The double decker tour bus industry in subject to regulation by the New York City Department of Transportation, which assigns TopView and Big Bus the right to certain bus stops near tourist attractions, where customers can "hop on" and "hop off" the buses during tours of New York City. The advertisements by Aurora falsely state that

NY Iconic Tours offers "hop on, hop off" tours, when in fact, no bus stops have been assigned to Aurora by the New York Department of Transportation and, therefore, Aurora cannot offer "hop-on, hop-off" tours. Further, whereas TopView and Big Bus both operate fleets of multiple buses (often more than twenty) that travel in loops, Aurora's NY Iconic operation involves only two buses. Aurora represents to tourists that it is offering competitive "hop-on, hop-off" bus tours, when in fact, it is incapable to doing so. Tourists who have the misfortune of purchasing tickets for Aurora's "Iconic" bus tours face long, frustrating and unreasonable delays. When tourists complain about the terrible service provided by Aurora, Aurora's representatives often assert that NY Iconic is connected with TopView, and they provide tourists the TopView phone number for use in making complaints about Aurora's service. Aurora sales agents often use TopView brochures and wear TopView branded t-shirts when selling tickets to tourists, misleading tourists into believing that Iconic Tours is affiliated with TopView. This misconduct by Aurora has caused substantial damage to TopView and, indeed, the entire New York city tourism industry.

Moreover, in at least three advertisements that appear on Groupon, Aurora has used the words "Top View" in a manner designed to divert customers from TopView to Aurora's inferior Iconic Tours. This constitutes blatant trademark infringement which violates the Federal Lanham Act, 15 U.S.C. 1051 et seq., Aurora's deceptive conduct harms consumers in violation of Sections 349 and 350 of New York's General Business law, which prohibit deceptive and misleading business practices.

Aurora's "NY Iconic Tour" operations is nothing less than a fraud on the public, the impact of which has been to tarnish the reputation of the entire "hop-on, hop-off" industry in New York City. Groupon should immediately cease publication of any advertisements for tours offered under the "NY Iconic Tours" and "NY Iconic Cruises" brands. We understand that Groupon operates with integrity and has no interest in offering inferior products and services which constitute a fraud on the public. Accordingly, we anticipate that you will immediately delete any advertisements for Aurora's "NY Iconic Tours" and "NY Iconic Cruises".

TopView values its relationship with Groupon and will fully cooperate with you in the event you need additional information concerning this matter. Please do not hesitate to contact me by telephone, e-mail or otherwise. We appreciate your understanding and cooperation, as we believe that Groupon in general operates with integrity and provides substantial value in offering products and services to consumers at reasonable prices.

Very truly yours,

Maurice N. Ross, Esq.