# EXHIBIT 5

**Justin Cabanas**

**From:** Nate Conner <nconner@groupon.com>
**Sent:** Thursday, December 22, 2022 1:16 AM
**To:** Maurice Ross
**Subject:** Re: Your Groupon Inquiry

Mr. Ross,

Thank you again for submitting your claim. We reiterate that Groupon takes this claim seriously, and we appreciate your client's ongoing partnership with Groupon. We're confident that we can reach an amicable resolution here.

As you are likely aware, Groupon merely provides promotional services for merchants to offer their services, and Aurora Tourism Services is the more appropriate party to address the allegations raised in your letter.

As such, we have contacted Aurora directly with your concerns, and we have asked them to get in touch with you to resolve this matter. If, within a reasonable period of time, you do not hear from Aurora, please let me know.

Further, and without any admission of liability on Groupon's part whatsoever, Groupon has removed any mention of "top view" from the Aurora promotions on our marketplace.

We appreciate your continued patience through this holiday season, but please continue to contact me directly with further concerns. Thank you again for your time, and Happy Holidays.

Sincerely,

**Nate Conner**
**Director**
Risk
• Legal
• Chicago
312.254.4493

• nconner@groupon.com

GROUPON

Please consider the environment before printing this email.
CONFIDENTIALITY NOTICE: This message (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error please contact the sender (by return e-mail) immediately and delete this message. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited.

On Wed, Dec 7, 2022 at 7:14 PM Nate Conner <nconner@groupon.com> wrote:

> Mr. Ross,
>
> Thank you for your continued patience. We will have a response for you by the end of this week, or very early next week at the latest.
>
> Sincerely,

**Nate Conner**
**Director**
Risk • Legal • Chicago
312.254.4493 • nconner@groupon.com

GROUPON

Please consider the environment before printing this email.
CONFIDENTIALITY NOTICE: This message (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error please contact the sender (by return e-mail) immediately and delete this message. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited.

On Fri, Dec 2, 2022 at 9:10 PM Nate Conner <nconner@groupon.com> wrote:

Hello,

We are in receipt of your letter dated November 29, 2022. Thank you for submitting your claim. Groupon takes intellectual property ("IP") claims seriously, and we respect the IP rights of others.

We are reviewing your claim and will respond promptly. Please contact me directly with any questions. Have a nice weekend.

Sincerely,

**Nate Conner**
**Director**
Risk • Legal • Chicago
312.254.4493 • nconner@groupon.com

GROUPON

Please consider the environment before printing this email.
CONFIDENTIALITY NOTICE: This message (including any attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipient. If you have received it in error please contact the sender (by return e-mail) immediately and delete this message. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited.

This email was originated outside of Barton LLP.

Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.