UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GO NEW YORK TOURS, INC. d/b/a TopView Sightseeing,

                 Plaintiff,

                 v.

AURORA TOURISM SERVICES, LLC
d/b/a NY Iconic Tours, d/b/a NY Iconic Cruises, and OLUWABAMISE L. JEGEDE,

                 Defendants.

No. 22-CV-10633 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Plaintiff's motion for a preliminary injunction and temporary restraining order. A telephonic scheduling conference is hereby scheduled for tomorrow, January 10, 2023 at 3:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:     January 9, 2023
             New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge