UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC. d/b/a TopView Sightseeing,<br><br>                                Plaintiff,<br><br>                        v.<br><br>AURORA TOURISM SERVICES, LLC d/b/a NY Iconic Tours, d/b/a NY Iconic Cruises, and OLUWABAMISE L. JEGEDE,<br><br>                                Defendants. | No. 22-CV-10633 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 10, 2023, the Court held a scheduling conference on Plaintiff's pending motion for a preliminary injunction and temporary restraining order. At the conference, the parties agreed to the following schedule: Plaintiff will produce the requested discovery to Defendants the week of January 16, 2023; Defendants' opposition brief is due January 30, 2023; Plaintiff's reply brief is due February 6, 2023; and the Court will hold a hearing on Plaintiff's motion on February 13, 2023 at 11:00 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

In addition, the parties agreed to submit a list of proposed witnesses for the hearing no later than February 6, 2023. In accordance with Rule 6(C) of the Court's Individual Rules and Practices in Civil Cases, no later than February 6, 2023, the parties shall also file affidavits constituting the direct-examination testimony for the witnesses they intend to call at the hearing. Should either party wish to present live direct-examination of a witness in lieu of an affidavit, they may make an application to the Court by letter. All cross-examination will be conducted live at the February 13 hearing.

SO ORDERED.

Dated:    January 11, 2023
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge