# EXHIBIT 1

# TOPVIEW Frequent Hop-On Hop-Off Services

TOPVIEW SIGHTSEEING • NEW YORK · ★★★★★ Google 12,500+ Reviews

★★★★★ Google 12,500+ Reviews

## Hop-On Hop-Off Pass Same Day

**$75** Kid $65 · Save $45 · Plus fees

| Includes | Value |
|---|---|
| ✓ Hop On Hop Off Downtown Tour | $59 |
| ✓ Hop On Hop Off Uptown & Harlem Tour | $59 |
| ✗ Night Tour | $59 |
| ✗ Brooklyn Tour | $29 |
| ✗ Statue of Liberty Cruise | $49 |
| ✗ Bike Rental: 2 Extra Hrs with Purchase | $20 |
| ✗ Museum of the City of New York | $20 |

## Hop On Hop Off Pass + Liberty Cruise 24 hrs

**$89** Kid $79 · Save $80 · Plus fees

| Includes | Value |
|---|---|
| ✓ Hop On Hop Off Downtown Tour | $59 |
| ✓ Hop On Hop Off Uptown & Harlem Tour | $59 |
| ✗ Night Tour | $59 |
| ✗ Brooklyn Tour | $29 |
| ✓ Statue of Liberty Cruise | $49 |
| ✗ Bike Rental: 2 Extra Hrs with Purchase | $20 |
| ✗ Museum of the City of New York | $20 |

## NYC Sightseeing Pass Multi-Day

| 2 Days | 3 Days | 5 Days |
|---|---|---|
| $99 | $109 | $129 |
| Kid $89 | Kid $99 | Kid $119 |
| $49.5 per day | $36.3 per day | $25.8 per day |
| Save $314 | Save $422 | Save $638 |
| Plus fees | Plus fees | Plus fees |

| Includes | Value |
|---|---|
| ✓ Hop On Hop Off Downtown Tour | $59 |
| ✓ Hop On Hop Off Uptown & Harlem Tour | $59 |
| ✓ Night Tour | $59 |
| ✓ Brooklyn Tour | $29 |
| ✓ Statue of Liberty Cruise | $49 |
| ✓ Bike Rental: 2 Extra Hrs with Purchase | $20 |
| ✓ Museum of the City of New York | $20 |

Limited Brooklyn Tour is offered at $29. Not all passes offered by TopView are listed on the brochure. For a complete list of passes, visit TopViewNYC.com or ask our street sellers.

**Additional fees may apply to all products.**

**Measures we take to keep everyone safe**

1. Frequent touchpoints on buses are deep cleaned every 24 hrs.
2. All earphones provided are disposable.
3. Hand sanitizers are installed on both decks of buses.

## We take measures to keep everyone safe

**Unlimited Hop-On Hop-Off**
+ Exclusive Movies & Celebrities Audio Channel



# Hop-On Hop-Off from $29

## Best Price in NYC at TopViewNYC.com

**Free Liberty Cruise**
with any NYC Sightseeing Pass Multi-Day purchase



40+ stops 4 routes · Real time bus arrival tracking · Free WiFi · Download on the App Store · Get it on Google play

## Our Advantages

### Unlimited HOP-ON HOP-OFF
Get on and off the bus at 40+ stops, conveniently located near all major attractions.

### Buy Tickets and Board Buses with One App
Board any bus at any stop, and access attractions easily with our app.



### Exclusive Live Map for Bus Arrival Times
How to use the live map
1. Visit topviewnyc.com/livemap
2. Click on any of the bus stops to find out the arrival times for the Downtown and Uptown routes.




Arrival times available only during normal hours of operation.

### State-Of-The-Art Narration
Tours are narrated by an automatic GPS triggered system. Learn many interesting facts about NYC sights and attractions.

Channels

2. English · 3. Spanish · 4. Italian · 5. Portuguese · 6. German · 7. French · 8. Korean · 9. Russian · 10. Chinese · 11. Japanese · 12. Hebrew · 13. Movies & Celebrities (Exclusive)

## Helpful Tips

1. Stay seated while the bus is in motion.
2. Keep your tickets with you at all times.
3. All routes and schedules are seasonal and subject to change without prior notice.
4. Our hours of operation are NOT 24 hours per day, regardless of the validity of your pass.

## Free Bonus

With Any NYC Sightseeing Pass Multi-Day Purchase!

### Statue of Liberty Cruise to See the Statue Up Close
Departure point: Pier 36 (299 South St., Stop 11)
Live tour guide on board



### 2 Extra Hours of Bike Rental with Any Bike Rental Purchase
1391 6th Ave (btwn 56th St & 57th St, stop 24)



### Access to The Museum of the City of New York
1220 5th Ave (at 103rd St, stop 20) · 10am - 6pm, Fri - Sun



## Exclusively at TopView

### Movies & Celebrities Audio Narration - Channel 13
Ever wonder where celebrities live or the famous film locations that are made throughout NYC? As your tour NYC's downtown, get fun facts of behind the scenes for: The Godfather, Ghostbusters, Sex and the City, Spiderman, Men in Black, and see where the luxurious penthouses are located! Available on channel 13!



## Terms and Conditions

For full terms and conditions of use for our services visit: www.topviewnyc.com/pages/terms-conditions.

Topview Sightseeing is not responsible for lost, stolen, or missing items. Topview Sightseeing does not assume any responsibility or liability for any damage, injuries, loss, inconvenience, beyond its control for any reason pertaining to Topview Sightseeing Services.Topview Sightseeing reserves the right to cancel, change, or substitute any or all services and equipment at any time without prior notice. All prices are subject to change without prior notice at any time. Additional fees may apply. Passengers will only be given one set of headphones per ticket for the duration of their ticket. Child Policy: All children under 4 years of age ride for free, provided children are accompanied by an adult and do not occupy a separate seat. Child rates apply to children 4 -12 years of age. Additional restrictions may apply to the free WiFi service. Offers are subject to change. After the free period, WiFi service is offered starting as low as $4.99.

**STRICT NO REFUND POLICY**
No refunds on any used or unused services. No refunds or exchanges for lost or stolen tickets. Any refund requests must be made in writing within 7 days of scheduled service, must include the copy of purchased tickets, and should be e-mailed to our Customer Service Department at: support@topviewnyc.com. Refund requests are not guaranteed refunds. Topview Sightseeing is not responsible for typographical errors. All buses are equipped with CCTV. All offers subject to change without notice. Tour durations are approximations. Duration may vary depending on traffic and other factors out of our control. Children under 14 must be accompanied by an adult. Please keep your ticket with you at all times. If you lose your ticket, you lose your ride.

Brooklyn tour, Bronx tour, Night tour, North Pole Express, and Liberty Cruise depart only if a minimum of 8 passengers show up for each scheduled departure. If less than 8 passengers show up the tour does not depart. Each non-departed customer's ticket is valid for the next available departure for the respective non-departed tour (Brooklyn, Bronx, Night, or Liberty Cruise).

We do not provide refunds for a tour's non-departure and the only remedy available to the customer in non-departure tour cases is to use the next available departure for the respective tour. The Company reserves the right, at its sole discretion, to add, remove, change, modify, increase or decrease any fees at any time without prior notice to any product sold.

v_2024

## Bike Rental Central Park

BikeRentalCentralPark.com
(212) 664-9600

### Redeem 2 Extra Hours of Bike Rental Here




Location: 1391 6th Ave (btwn 56th St & 57th St)
Hours: Check the latest operation hours on BikeRentalCentralPark.com

**Free with every rental** Helmet + Map

### Top Quality Trek® Bikes, E-Scooters, and E-Bikes




*Not applicable to the 2 extra hours of bike rental in TopView tickets

## Statue of Liberty Cruise

LibertyCruise.com / (212) 643-0080




Departure point: Pier 36 (299 South St., Stop 11)

Visit libertycruise.com or check your ticket for exact departure times.

### What Will You See?

- The Statue of Liberty and Liberty Island
- South Street Seaport
- Battery Park
- World Trade Center
- Manhattan Bridge
- Brooklyn Bridge
- Governors Island
- Ellis Island Historical Immigration Center

The Liberty Cruise does not pick up or drop off passengers at Liberty Island. No outside food or drinks allowed on the boat. Drinks are available for purchase onboard the Liberty Cruise. COVID-19 permissible. Restrictions may apply. Cruise sails with weather permitting.

TOPVIEW SIGHTSEEING • NEW YORK — Google 12,500+ Reviews

**Measures we take to keep everyone safe**

1. Frequent touchpoints on buses are deep cleaned every 24 hrs.
2. All earphones provided are disposable.
3. Hand sanitizers are installed on both decks of buses.

**Two Easy Ways to Buy Tickets**

TopViewNYC.com or Street Ticket Sellers

**Why Choose TopView®**

- Hop on Hop off — 40+ stops near all major attractions
- Frequent hop-on hop-off services
- Get live bus arrival times for each stop
- Board with your phone
- Free WiFi on board
- Narration in 11 languages with free earphones




## Unlimited Hop on Hop off — Downtown Tour

Visit topviewnyc.com/livemap for schedule and tour duration — Departs from any stop along the route (Stop #1-#17)





**1 Theater District**
(8th Ave btwn 46th St & 47th St)
• Times Square West • Restaurant Row

**2 Times Square North**
(7th Ave btwn 50th St & 51st St)
• TKTS Ticket Booth • M&M Candy Store

**3 Bryant Park**
(28 W 42nd St, btwn 5th Ave & 6th Ave)
• New York Public Library

**4 Empire State Building**
(417 5th Ave, btwn 37th St & 38th St)
• Fifth Avenue Shopping

**5 Flatiron Building**
(5th Ave btwn 21st St & 22nd St)
• Madison Square Park

**6 Union Square**
(5th Ave btwn 14th St & 15th St)
• Shopping District • Union Square Park





**7 Washington Square Park**
(Broadway btwn W 3rd St & Bond St)
• NYU Campus Building • Washington Square Park

**8 SoHo**
(519 Broadway btwn Spring St & Broome St)
• Shopping District • Art Galleries

**9 Canal Street**
(Broadway btwn White St & Walker St, off of Walker St)
• Chinatown • Little Italy

**10 City Hall**
(250 Broadway btwn Park Pl & Murray St)
• 9/11 Memorial

**11 Liberty Cruise**
South St between Pike Slip & Market Slip
• Pier 36 • Buses running on the Downtown route stop at Stop 11 when cruises are running.

**12 Battery Park**
(Battery Pl btwn Broadway and Greenwich St)
• Statue of Liberty • 9/11 Memorial





**13 Brookfield Place**
(West Street and Chambers under the Tribeca Bridge)
• Brookfield Place Mall
• Washington Market Park

**14 The High Line**
(West Side Highway btwn 16th & 17th St)
• Whitney Museum • Little Island

**15 Hudson Yards**
(12th Ave btwn 30th & 31st St)
• Edge • Vessel • The Shed
• The Shops and Restaurants

**16 The Intrepid / West 42nd St**
(660 W 42nd St, btwn River Pl & 12th Ave)
• Hudson River
• Intrepid Sea, Air & Space Museum

**17 Port Authority**
(8th Ave btwn 42nd St & 43rd St, in front of 42nd St - Port Authority subway entrance)
• The New York Times Building
• Ripley's Believe It or Not

## Unlimited Hop on Hop off — Uptown & Harlem Tour

Visit topviewnyc.com/livemap for schedule and tour duration — Departs from any stop along the route (Stop #2, #18-#24)





**2 Times Square North**
(7th Ave btwn 50th St & 51st St)
• TKTS Ticket Booth • M&M Candy Store

**18 Dakota Building**
(Central Park West btwn 72nd St & 73rd St)
• The Dakota • Strawberry Fields

**19 American Museum of Natural History**
(Central Park West & 79th St bus stop, across from museum's main entrance)

**20 Guggenheim Museum**
(5th Ave btwn 89th St & 90th St)
• National Academy School of Fine Arts
• Museum of the City of New York





**21 Metropolitan Museum of Art**
(5th Ave btwn 83rd St & 84th St)
• Turtle Pond • The Obelisk
• Jacqueline Kennedy Onassis Reservoir

**22 Central Park Zoo**
(5th Ave btwn 65th St & 66th St)
• Historic House Trust • The Pond
• Wollman Rink • The Arsenal

**23 Central Park South**
(59th St btwn 6th Ave & 7th Ave, off of 6th Ave)
• Central Park Zoo • Bloomingdale's







**24 Carnegie Hall**
(7th Ave btwn 56th St & 57th St)

**Bike Rental Central Park**
1391 6th Ave (btwn 56th St & 57th St)

*Bike, E-bike, and E-scooter rentals, as well as guided bike tours of Central Park and NYC.*

## Single Ride Tours (Non-Stop)


Brooklyn Tour

### Brooklyn Tour

Visit topviewnyc.com/livemap for schedule and tour duration.

**12 Battery Park** (Departure Point)
(Battery Pl btwn Broadway and Greenwich St)
• Brooklyn Bridge • Prospect Park • NY Transit Museum • Botanical Garden • Barclays Center


Bronx Tour

### Bronx Tour

Visit topviewnyc.com/livemap for schedule and tour duration.

**17 Port Authority** (Departure Point)
(8th Ave btwn 42nd St & 43rd St, in front of 42nd St - Port Authority subway entrance)
• Radio City Music Hall • Yankee Stadium • Museum of Modern Art • BC Studio Tour • Rockefeller Center • St. Patrick's Cathedral


Night Tour

### Night Tour

Visit topviewnyc.com/livemap for schedule and tour duration.

**25 Times Square West** (Departure Point)
(46th St btwn 7th Ave & 8th Ave, off of 8th Ave)
• Times Square • Greenwich Village • The New York Times Building • Empire State Building • Chrysler Building • Grand Central Terminal


Liberty Cruise

### Liberty Cruise

Visit topviewnyc.com/livemap for schedule and tour duration.

**Pier 36 (Take Stop 11 Downtown Tour)** (Departure Point)
(299 South St btwn Clinton St and Montgomery St)
• Statue of Liberty • Manhattan Skyline • Ellis Island • Brooklyn Bridge • Manhattan Bridge • Governors Island