# EXHIBIT 2

TOPVIEW SIGHTSEEING • NEW YORK

Buy Tickets

Up to 51% OFF.
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address | Search

All Routes Run Daily | Downtown Hop-On Hop-Off

Uptown Hop-On Hop-Off | Night Tours

Brooklyn Tour | Liberty Cruise




Downtown Hop-On Hop-Off

**Daily:** 8:00am - 5:00pm

Stops

1 **Theater District**
8th Ave between 46th St & 47th St

2 **Times Square North**
7th Ave btwn 50th St & 51st St

GONY000188