# EXHIBIT 3

SIGHTSEEING • NEW YORK

# Maps & Routes

Find nearest stop:

By Address

All Routes Run Daily

Downtown Hop-On Hop-Off

Uptown Hop-On Hop-Off

Night Tours

Liberty Cruise




**Daily:** Departs at 9:30am from Stop 12

**Battery Park**
Battery Place, between Broadway & Greenwich St

