# EXHIBIT 4

TOPVIEW SIGHTSEEING • NEW YORK

Buy Tickets

**Up to 51% OFF.**
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address | Search

All Routes Run Daily

Downtown Hop-On Hop-Off

Uptown Hop-On Hop-Off

Night Tours

Brooklyn Tour

Liberty Cruise




## Night Tours

**Departs from Stop 1**

**Mon - Thu:** 6:00pm - 11:00pm

**Fri & Sat:** 7:00pm - 12:30am

**Sun:** 6:00pm - 11:00am

## Stops