# EXHIBIT 5

Up to 51% OFF.
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address Search

All Routes Run Daily | Downtown Hop-On Hop-Off | Uptown Hop-On Hop-Off | Night Tours | Brooklyn Tour | Liberty Cruise




## Uptown Hop-On Hop-Off

**Departs from stop 2 at the following times:**

**Daily:** 10:00am, 11:00am, 12:00pm, 1:00pm, 2:00pm, 3:00pm, 4:00pm

## Stops

2 **Times Square North**
7th Ave btwn 50th St & 51st St

17 **Port Authority**

GONY000192