# EXHIBIT 7


SKECHERS
LINCOLN HARBOR
MIDTOWN EA
DIAMOND DISTRICT
TURTLE BAY
CHELSEA
KOREATOWN
FLATIRON DISTRICT
GRAMERCY
EAST VILLAGE
ALPHABET CITY
LOWER EAST SIDE
TWO BRIDGES
BATTERY PARK CITY
New York
DUMBO