# EXHIBIT 8


OLD NAVY