# EXHIBIT 10


NY ICONIC TOURS
LET IT MOVE YOU
THE LION KING