# EXHIBIT 11


FLAGSHIP
RETAIL
SPACE