# EXHIBIT 13




GONY000210