# EXHIBIT 14


Harry Potter
ON BROADWAY
Coca-Cola
STATUE OF LIBERTY
LINCOLN HARBOR
New York
BATTERY PARK CITY
MARVEL