# EXHIBIT 15


ONE WAY
ONE WAY
RIGHT LANE MUST TURN RIGHT
42ND & BROADWAY
POLICE
BATTERY
0185

GONY000206