# EXHIBIT 16




GONY000211