# EXHIBIT 17


OLD NAVY
Gray Line
City Sightseeing
New York
TICKET AGENT
GONY000207