# EXHIBIT 18


MUST
TURN RIGHT
HOP
ON-OFF
TICKET AGENT
ALDI