# EXHIBIT 21

https://scanandride.com InPrivate



## Experienced Guides

Best Rated Open Top Viewing New York Bus and Boat Tours . Our big double decker bus tour is available in different languages, with free earphones provided. And this isn't the only perk we offer! Our New York tours also provide free ponchos for rainy days. The Best City Sightseeing Double-Decker and Top viewing Bus Tour in NYC No matter your travel style, an adventure with our City Sightseeing bus will add convenience and comfort to your trip. More than two million people have already discovered why Iconic Tours is the best choice for Big Apple sightseeing. For the best NYC bus tours at the best prices, book with us today! Private Charter and Other Popular New York City Attractions

## Experience A 360° View Of NYC With the Best Routes for Open-Top Sightseeing Bus Tours in NYC

Our double decker bus tours are created by a team of local experts who know NYC inside out. We've got New York City covered: Downtown, Uptown, as well as the Night Tour it's worth seeing Hop on our NYC bus and boat tours. Learn more about the history, culture, and architecture of this one-of-a-kind city with our audio narration big bus hop on hop off topview sightseeing.

## Start Your NYC Adventure with the New York Bus City Tours and Manhattan Sightseeing Guided by Local Experts

Iconic tours offers the best New York sightseeing bus tours led by local experts so you won't miss the most important attractions. On our NYC bus tours enjoy all of the different places to see in New York City. Our New York sightseeing bus will take you by all of the biggest NYC attractions!

CONTACT US

## Questions? Bookings?

Name