# EXHIBIT 22

groupon.com/deals/aurora-tourism-services-llc?deal_option=91362d40-1d7f-48c7-993e-eb27f776c26d#merchant-map-header

Incognito Update

## Highlights

See nighttime views of Iconic downtown locations atop a double-decker bus tour We depart frequently from 7 p.m. and 11 p.m. daily

## About This Deal

**Best Price Guarantee**
If you find a better price somewhere else, let us know. We'll cover the difference, worry free. See full details at gr.pn/bpg

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for One**

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for Two**

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for Five**

**Night Tour Sightseeing Bus for Ten**

Our tour gives an experience with fascinating top view of NYC aboard our sightseeing double decker buses. View Midtown Manhattan in a fascinating display of flashing lights onboard our big bus double-decker NYC sightseeing guided tour that relates interesting and amusing stories about this historic district. Sights include Times Square, Empire State Building, Rockefeller Center, Chinatown, Little Italy, Noho, Soho, Brooklyn Bridge, Battery Park, World Trade Center Memorial, and the Manhattan Bridge and lots more. Explore the wonders of New York City. Drive through the city on one of our majestic orange double-decker buses, explore as you desire. View Midtown Manhattan in a fascinating display of flashing lights with human tour guide that relates interesting and amusing stories about this historic district. Sights include Times Square, Empire State Building, Rockefeller Center, Chinatown, Little Italy, Noho, Soho, Brooklyn Bridge, Battery Park, World Trade Center Memorial, Manhattan Bridge and lots more. Explore the wonders of New York City. Experience the best view of the city that never sleeps at night.

Night tours depart frequently from 7 p.m. and 11 p.m. daily.

For latest tours and information including customized private charter bus tours for groups, personal events, and entertainments.

Please contact NYIC Sightseeing Tours at (800) 299 4412

## Fine Print

Promotional value expires 180 days after purchase. Amount paid never expires. No booking required, present voucher on arrival. Check policies. Limit 5 per person(s), may buy 1 additional as gift(s). May be repurchased every 30 days. Merchant is solely responsible to purchasers for the care and quality of the advertised goods and services. Learn about Strike-Through Pricing and Savings

## About New York Iconic Cruises

Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for One

~~$68~~ **$44** 35% Off

4 interest-free payments of $11.00 with Klarna.
Learn More

20+ bought

Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for Two

~~$132~~ **$81** 39% Off

4 interest-free payments of $20.25 with Klarna.
Learn More

30+ bought

Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for Five

~~$276~~ **$159** 42% Off

4 interest-free payments of $39.75 with Klarna.
Learn More

Night Bus Tour; 75-Minute Sightseeing Bus for Ten

~~$545~~ **$300** 45% Off

4 interest-free payments of $75.00 with Klarna.
Learn More

**Extra 25% off, up to $50**
Promo Code SAVE. Ends 11/13. Apply

Over 90 views today, so act now!

Buy Now

Give as a Gift

**Share This Deal**

Like 0

Get 20% Off