# EXHIBIT 23

newyorkiconiccruises.com

Time Card | Amazon | Google Maps | 1099online | TransLoc | YouTube | WebAdmin | BBVA | Square | Safe | Weather | Weather.com | ynet | Event Cruises NYC | Toast | Indeed | BigBus | TopView | IPDA098 SDK Manu... | DGA Security Portal

8002994412

HOME   HOLIDAY LIGHT TOUR   TICKET OPTIONS   PRIVATE GROUPS & CHARTERS

NY ICONIC Tours

An Adventure with a double decker bus, Explore New York on a Night Tour



BUY TICKETS

Checkout

NY Iconic Tours




## Night Tour New York Sightseeing Open Top Viewing Bus

Discover the best of New York's attractions and landmarks with NY Iconic Tours. We'll take you to all the city's iconic must-sees, such as Empire State Building, Statue of Liberty, Ground Zero, & more! Pick up from 724 7th Ave, New York NY 10019.

- Night Tour for One (7:00pm-11:00pm Every day): $29.99
- Night Tour for Two (7:00pm-11:00pm Every day): $59.98
- Night Tour for Five (7:00pm-11:00pm Every day): $99.95
- Night Tour for Ten (7:00pm-11:00pm Every d $199.90

Notes

GONY000218