**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

GO NEW YORK TOURS, INC. d/b/a "TOPVIEW SIGHTSEEING",

Plaintiff,

–against–

AURORA TOURISM SERVICES, LLC d/b/a "NY ICONIC TOURS" AND "NY ICONIC CRUISES" and OLUWABAMISE L. JEGEDE,

Defendants.

1:22-cv-10633 (RA)(JW)

**AFFIDAVIT IN LIEU OF**

**DIRECT TESTIMONY**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**ASEN KOSTADINOV**, declares under penalty of perjury that the following facts are true and correct:

1. I am the President of Plaintiff Go New York Tours Inc. which does business as "TopView Sightseeing" ("Plaintiff") or ("TopView").

2. I submit this affidavit and supporting proof in lieu of direct testimony pursuant to Rule 5(C)(iv) of the individual rules of the honorable judge Ronnie Abrams in support of Plaintiff's motions for: (i) a temporary restraining order restraining and enjoining Defendants Aurora Tourism Services, LLC d/b/a "NY Iconic Tours" And "NY Iconic Cruises" ("Iconic") and

Oluwabamise L. Jegede ("Jegede") (collectively, "Defendants") from the following for fourteen (14) days, and for such further period as may be provided by order of the Court:

(i) immediately ceasing and desisting Iconic buses from parking, stopping, or otherwise loitering in the bus stops assigned to TopView by the New York City Department of Transportation (the "DOT") and for which TopView holds permits as identified in **Exhibit 2** to my Affidavit (the "TopView Bus Stops");

(ii) immediately ceasing and desisting Iconic buses from loading and unloading passengers within 100 feet of the TopView Bus Stops;

(iii) immediately ceasing and desisting from directly or indirectly infringing in any manner the mark "TOPVIEW", Registration Number 87617729 (the "Registered Mark") or any other intellectual property belonging to TopView;

(iv) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from claiming that they work for or are affiliated with TopView;

(v) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from advertising, marketing, promoting, distributing, displaying, and/or otherwise infringing TopView's intellectual property including its Registered Mark to cause persons to purchase tickets for Iconic sightseeing tours;

(vi) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from using any TopView materials and/or any reproduction, counterfeit, copy or colorable imitation of TopView's terms of service, website, brochures, rack cards, handouts, maps, signs, clothing or any other branded materials (the "Counterfeit Materials") in any manner including, but not limited to, to cause confusion, cause mistake and/or to deceive members of the trade and/or public as to the affiliation, connection or association of any product or service offered by Iconic including, but not limited to, double-decker bus tours, with TopView's products or services;

(vii) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from falsely advising any customers or potential customers that any ticket that they purchase from Iconic can be used to ride TopView tour buses or boats;

(viii) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from using any false designation of origin or false deception, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or public as to the affiliation, connection or association of any product or service offered by Iconic including, but not limited to, double-decker bus tours, with TopView's products or services;

(ix) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants to stop using any TopView materials and/or any reproduction, counterfeit, copy or colorable imitation of the Counterfeit Materials to fraudulently induce potential customers and/or customers to buy tickets from Iconic for double-decker bus tours or any products or services offered for sale by Iconic;

(x) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from wearing TopView branding clothing, counterfeit TopView clothing, or clothing that is substantially similar to TopView's branded clothing and thus likely to cause customer confusion;

(xi) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from placing false advertisements or links on third party websites such as Groupon, Google and Viator that misleads consumers into thinking that they are purchasing tickets for TopView tours;

(xii) immediately removing all false advertisements and links that are misleading consumers into thinking that they are purchasing tickets for TopView tours when in fact they are purchasing tickets from all websites owned and/or maintained by Iconic;

(xiii) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from misleading customers into believing that they are or that they have purchased tickets from TopView;

(xiv) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants to stop telling customers that complain about Iconic's products or services to direct any complaints or concerns that they have regarding those products or services to TopView;

(xv) immediately ceasing and desisting from employing ticket sellers who are not licensed by the New York City Department of Consumer Affairs;

(xvi) immediately removing infringing content from Iconic's websites that copies TopView including, but not limited to, TopView's Registered Mark, terms of service, maps, images, copy and/or brochures;

(xvii) immediately post disclaimers in bold prominent letters on Iconic's websites, tickets, marketing materials and advertisements that Iconic is not associated or affiliated with TopView;

(xviii) immediately ordering all employees, agents and/or persons otherwise working for or affiliated with Defendants from secreting, concealing, destroying, altering, transferring or otherwise disposing of any of the Counterfeit Materials and/or any computer files, data, business records, documents or other records or evidence relating to TopView; and/or

(xix) knowingly instructing any other person or business entity from engaging in any of the activities referred to in subparagraphs (i) – (xviii).

3. I also respectfully submit this Declaration and supporting proof in support of Plaintiff's motions for issuance of an order to show cause as to why a preliminary injunction should not issue permanently restraining and enjoining Defendants from engaging in any of the activities set forth in Paragraph 2, subparts (i) – (xix).

## I. TOPVIEW'S HISTORY AND OPERATIONS.

4. TopView operates double-decker tourist buses in New York City under the "TOPVIEW" brand.

5. Double-decker tour buses carry passengers to various tourist attractions on specific routes throughout New York City.

6. TopView is one of two companies operating in New York City that operate legitimate "hop-on, hop-off" double-decker sightseeing tour buses. The only other company that offers such tours is Taxi Tours, Inc. d/b/a "Big Bus Tours" ("Big Bus").

7. "Hop-on, hop-off" double-decker sightseeing tours are popular with tourists to New York City because they allow tourists to essentially design their own tour by "hopping off" the bus at designated stops and "hop [back] on" at either the same or a different stop whenever they so choose.

8. Passengers who purchase a ticket for TopView's "hop-on, hop-off" bus tours are able to start their tour at a specified location and then "hop off" the bus to visit iconic sites and tourist attractions along a bus's route, such as the Statute of Liberty, the Empire State Building, the Metropolitan Museum of Art, and Rockefeller Center. Passengers can then "hop back on" another TopView bus from the locations of their choice without waiting for lengthy time periods between the sites and attractions that they choose to "hop-off" to visit.

9. TopView offers a unique sightseeing experience whereby the top level of the bus is "open air" hence "Top View." The bottom level of the bus is enclosed and has large windows.

10. TopView's peak seasons are summer, winter holidays, and other calendar and school holidays. Days with dry, favorable weather are also very popular.

11. TopView sells various sightseeing bus tours tickets and packages to tourists such as a Same Day Pass, a 24-Hour Pass, a 48-Hour Pass, a Night Tour, Attraction Passes, a Holiday Lights Tour, and a North Pole Express for families. TopView also operates sightseeing cruises around the city in conjunction with Liberty Cruise. These popular sightseeing operations are an essential part of the experiences in New York City for tourists from throughout the nation and the world.

## II. <u>THE TOPVIEW BRAND.</u>

12. TopView assiduously strives to maintain and protect its brand to distinguish itself from other tourist companies. In this way, TopView customers can be assured that they are buying tickets from one of the only two major double-decker tour bus companies in New York City that have been licensed and awarded bus stops by the New York City Department of Transportation (the "DOT"). *See* Exhibit 2, DOT Streets Management Plan.

13. In order to better protect and distinguish its brand, TopView is the owner of the federally registered trademark for the mark "TOPVIEW", Registration Number 5,522,838 (the "Registered Mark"). A true and correct copy of the Registered Mark's registration certificate from the United States Patent and Trademark Office, Bates No. GONY000008 is attached hereto as **<u>Exhibit 1</u>**.

14. TopView sells tickets to customers both online and in-person. Online tickets are sold either from TopView's own website, www.topviewnyc.com, or through third-party agents such as Groupon. TopView's website and advertisements on third-party websites all incorporate the "TopView" name and logo.

15. TopView also sells a substantial number of tickets for its double-decker tour buses in person at various locations throughout New York City. These tickets are sold on the spot by authorized ticket agents for TopView. These ticket agents must be licensed by the New York City Department of Consumer and Worker Protection to sell tickets in a public place. *See* N.Y. City Admin. Code §20-551.

16. TopView's ticket agents sell tickets to the public near very popular tourist locations such as the Empire State Building and Times Square. In order to attract these sales, TopView's ticket agents hand out official brochures, rack cards, and maps with the official "TopView" logo.

TopView's ticket agents may also hold signs advertising TopView's tours which also incorporate the official "TopView" name and logo.

17. Additionally, TopView markets itself and sells tickets online from its own website with the "TopView" brand www.topviewnyc.com. TopView also sells tickets via websites such as Trip Advisor, Google, Groupon, and Viator by running advertisements with the distinctive "TopView" brand.

18. TopView's buses are painted red with blue and white trimming and bear the distinctive red and white "TopView" logo.

19. Additionally, TopView drivers, other employees, and ticket agents of TopView wear red t-shirts, jackets, and hats with the "TopView" logo so that they are immediately recognizable to the public as authorized TopView employees and agents and in order to distinguish themselves from other tourist companies.

## III. APPPLICABLE NEW YORK CITY DEPARTMENT OF TRANSPORTATION REGULATIONS.

20. The double-decker tour bus industry is subject to regulation by the New York City Department of Transportation (the "DOT"), as are all bus companies. *See* N.Y. City Rules & Regs. Tit. 34, §4-10(a). It is illegal for busses to pickup or discharge passengers without the express written consent of the DOT. *Id.*, at §4-10(b). The DOT assigns TopView and Big Bus certain, sought-after stops near tourist attractions where customers can "hop on" and "hop off" the buses during tours of New York City.

21. TopView's bus stops have been approved by the DOT. The DOT has issued over forty (40) permits to TopView for assigned bus stops. The permit number and the location of TopView's assigned bus stops are identified in the NYC Streets Permit Management System, Bates Nos. GONY000063-GONY000070 which is attached hereto as **Exhibit 2**. The NYC Streets

Permit Management System identifies all permits for assigned bus stops for all private bus companies in New York City, whether they are "hop-on, hop-off," intercity, or anything else. *See* N.Y. City DOT Website, "Bus Stop Permits," at https://www.nyc.gov/html/dot/html/ferrybus/intercity-bus.shtml (accessed February 6, 2023).

22. According to the current NYC Streets Permit Management System, no permits have been issued to Aurora Tourism Services, LLC, NY Iconic Tours, and/or NY Iconic Cruises. *See* Exhibit 2, NYC Streets Permit Management System.

**IV. DEFENDANTS' ILLEGAL AND UNSAFE COPYCAT OPERATIONS.**

23. Defendants Iconic d/b/a "NY Iconic Tours" d/b/a "NY Iconic Cruises" ("Iconic") and Oluwabamise Jegede, Iconic's owner are also in the tourist sightseeing business.

24. I believe that Iconic is purposefully causing confusion, mistake and/or deceiving members of the public as to the affiliation, connection or association of Iconic's inferior and unauthorized bus tours with TopView.

25. I have personally observed Iconic's ticket agents, drivers, and other employers impersonating TopView employees and ticket agents by wearing clothes with Topview's trademarked logo, holding up TopView's map and pretending it is Iconic's and handing out TopView brochures to the public.

26. For the Court's reference, I am attaching true and correct copies of TopView's brochure and maps with TopView's Registered Mark to my Affidavit.

27. A true and correct copy of a TopView brochure with Bates Nos. GONY000170-71, is attached hereto as **Exhibit 3**. TopView's Registered Mark appears twice at the top of the brochure.

28. A true and correct copy of TopView's map of its Downtown Loop, Bates No. GONY000188, is attached hereto as **Exhibit 4**. TopView's Registered Mark appears at the top left of the map.

29. A true and correct copy of TopView's map of is Brooklyn Tour Loop, Bates No. GONY000189, is attached hereto as **Exhibit 5**. TopView's Registered Mark appears at the top left of the map.

30. A true and correct copy of TopView's map of its Night Tour Loop, Bates No. GONY000191, is attached hereto as **Exhibit 6**. TopView's Registered Mark appears at the top left of the map.

31. A true and correct copy of TopView's map of its Uptown Loop, Bates No. GONY00192, is attached hereto as **Exhibit 7**. TopView's Registered Mark appears at the top left of the map.

32. First, with regard to their false claims that Iconic workers do not wear TopView clothing to sell Iconic tickets, in August 2022, I was on the street where ticket agents congregate to sell tickets to bus tours near 44th Street and 7th Avenue and 45th Street and 7th Avenue in Times Square. I personally caught an Iconic worker wearing a red shirt with the TopView logo. Since the man did not work for TopView, I approached him and asked why he was wearing a TopView shirt. The man ran away from me. I tried to follow him but he ran around a corner. I did not see him return to Times Square that day.

33. Additionally, I am hereby providing the Court with a photograph that clearly shows an Iconic worker wearing a TopView shirt and handing out TopView brochures while holding up a sign advertising Iconic bus tours, as well as additional photographs that show Iconic workers wearing clothing with TopView's registered logo.

34. This photograph was provided to me on July 27, 2022 by text message from Julia Conway. Ms. Conway is the Executive Vice President of North America of TopView's competitor, Big Bus. As the top executive of Big Bus in New York City, Ms. Conway shares my concern about the fact that Iconic workers are misrepresenting themselves as employees of TopView and Big Bus. In fact, during a Community Board 5 meeting in January 2023, a representative of Big Bus pointed out to the community board that Iconic was operating illegally without a permit from a location on 7 Ave between 48th street and 49th street. They also pointed out that Iconic parks their buses overnight on the street every single night around 30th street and 11th avenue, and the busses don't seem to be serviced as that would be illegal to occur on the street.

35. On July 27, 2022, Ms. Conway sent me the text message and photograph of an Iconic worker wearing a TopView shirt. A true and correct copy of the text message and photograph that Ms. Conway sent to me is attached hereto as **Exhibit 8**.

36. As shown in the photograph at Exhibit 8, the man is wearing a red shirt with TopView's registered "TopView" logo. The word "Top" in white and "View" in blue is clearly visible on the red shirt that the man is wearing in the photograph. This man does not work for TopView. He is impersonating a TopView authorized street ticket seller by wearing a shirt with the company's branded logo. [1]

37. This photograph also shows that the man is selling tickets for Iconic's "Night Tour". In his left hand, he is holding a sign with the words "Night Tour" above a red double decker bus. The words "New York Iconic Cruises" appear at the top of the bus in large white letters.

38. The photograph also shows that the man is using a TopView brochure to sell tickets for Iconic bus tours. This is the same brochure at Exhibit 8 with TopView's Registered Mark. This

[1] *See* Ex. 8, Bates No. GONY000209.

photograph establishes that Iconic workers have been soliciting customers for Iconic bus tours while wearing TopView branded clothes and handing out TopView brochures.

39. Second, on July 27, 2022, I personally caught a woman handing out TopView maps while selling tickets for Iconic bus tours.

40. I am also attaching a photograph that I took of this woman on July 27, 2022. A true and correct copy of this photograph is attached hereto as **Exhibit 9**.

41. This photograph shows the woman using a TopView map to solicit customers for Iconic bus tours. The map in this photograph is the same as the TopView map attached hereto as Exhibit 4.

42. I am also attaching a photograph of this woman taken by my employee, Karl Martin, on July 22, 2022 in which this same woman is holding up a sign advertising Iconic's Night Tour. A true and correct copy of this photograph is attached hereto as **Exhibit 10**.

43. I am also attaching a true and correct photograph of this woman standing next to a man wearing the TopView shirt with Bates No. GONY000208 taken by Jouad Mohanned on July 23, 2022 as **Exhibit 11**. This is the same man wearing a TopView shirt that appears in the photograph sent to me by Julia Conway attached hereto as Exhibit 8.

44. When I encountered this woman on July 27, 2022, she saw me taking pictures of her. She then approached me and said "I know you – you are the owner of TopView" and she mistakenly called me "Hassan". She also said "I am the owner" of Iconic to me several times. I asked her why she was handing out TopView maps. She responded by saying "these aren't your maps." She also told me that if I took pictures of her, I was "going to burn in hell".

## V. ICONIC WORKERS HOLDING TOPVIEW MAPS AND HANDING OUT TOPVIEW BROCHURES.

### A. Photograph At Exhibit 12.

45. I am attaching additional photographs which prove that Iconic workers wore TopView branding clothing and handed out TopView brochures and maps.

46. I am attaching a true and correct copy of a photograph with Bates No. GONY000199 taken by Jennifer Li on July 22, 2022, in Times Square as **Exhibit 12**.

47. This photograph shows two men in red uniforms standing in front of a "NY ICONIC TOURS" bus. I will refer to the man on the left side of the photograph wearing a red shirt and a red cowboy hat as Iconic #1. I will refer to the man on the right side of the photograph wearing a red shirt and a red baseball cap as Iconic Worker # 2.

48. This photograph shows Iconic Worker #1 handing out TopView brochures. The stack of brochures that Iconic Worker #1 is holding are the same as the TopView brochure attached hereto as Exhibit 1 with TopView's Registered Mark. As shown in the photograph, the brochures that the Iconic Worker #1 is holding have the same red band and white space for writing underneath the red band as TopView's brochure. *Compare* Ex. 3 with Ex. 12. This man does not work for TopView.

49. This photograph also shows Iconic Worker #1 with a stack of brochures sticking out of the right back pocket of his pants. I recognize these brochures to be Big Bus brochures because they have the same red background and yellow, rounded, bubble shaped letters as Big Bus brochures. They also show the word "EXPLORE" in yellow, rounded, bubble shaped letters with a white arrow pointing downward which I recognize as language from Big Bus brochures. *See also* "About Big Bus Tours" at, https://www.bigbustours.com/about-big-bus-tours (for an example of Big Bus' stylized text) (accessed February 6, 2023).

50. The photograph at Exhibit 12 shows that Iconic Workers #1 and #2 are posing as both TopView and Big Bus workers -- even at the same time -- in order to solicit customers on the street for Iconic bus tours.

**B. Photograph At Exhibit 13.**

51. I am hereby attaching a true and correct photograph produced with Bates No. GONY000197 taken by my employee Jouad Mohanned on July 23, 2022 as **Exhibit 13**.

52. This photograph shows two Iconic workers. The Iconic worker on the right with his back to the camera is holding a TopView brochure. This is the same brochure that is attached hereto as Exhibit 3.

**C. Photograph At Exhibit 14.**

53. I am hereby attaching a true and correct copy of a photograph produced with Bates No. GONY000203 taken by my employee Jennifer Li in July 22, 2022 as **Exhibit 14**.

54. This photograph shows two Iconic workers. I will refer to the Iconic worker on the left of the photograph as Iconic Worker #1 and the man on the right side of the photograph as Iconic Worker # 2.

55. Iconic Worker #1 has brochures sticking out of the pocket of his black pants. I recognize these brochures to be the same as the TopView brochure attached hereto as Exhibit 3. TopView's Registered Mark is visible at the top of the brochure.

56. Iconic Worker #2 in Exhibit 14 is holding a TopView map.

**D. Photograph at Exhibit 15.**

57. I am hereby attaching a true and correct copy of a photograph produced with Bates No. GONY000210 taken by my employee Karl Martin on July 22, 2022 as **Exhibit 15**.

58. This photograph shows two Iconic workers standing to the left of the steel column at the center of the photograph. I will refer to the Iconic worker on the left wearing a blue short sleeved shirt and a red backpack as Iconic Worker #1. I will refer to the Iconic worker on the right wearing a red shirt with the words "Hop On" in yellow bubble letters visible as Iconic Worker #2. The woman who identified herself to me as the owner of Iconic is standing to the right of the column holding up a sign advertising Iconic's Night Tour.

59. Iconic Worker #1 in Exhibit 15 has a stack of TopView brochures sticking out of the right back pocket of his black pants. I recognize these brochures to be the same as the TopView brochure attached hereto as Exhibit 3. TopView's Registered Mark is visible at the top of the brochure. This man also appears to be holding a TopView map in his left hand.

**E. Photograph at Exhibit 16.**

60. I am hereby attaching a true and correct copy of a photograph produced with Bates No. GONY000198 taken by my employee Jennifer Li on July 22, 2022 as **Exhibit 16**.

61. This photograph shows an Iconic worker standing near an Iconic bus holding a TopView map. Additionally, the woman who identified herself as the owner of Iconic can be seen on the left side of the photograph.

**F. Photograph at Exhibit 17.**

62. I am hereby attaching a true and correct copy of a photograph produced with Bates No. GONY000206 taken by my employee taken by my employee Jennifer Li as **Exhibit 17**.

63. This photograph shows an Iconic worker standing in front of an Iconic bus holding a TopView map.

**G. Photograph at Exhibit 18.**

64. I am hereby attaching a true and correct copy of a photograph produced with Bates No. GONY000211 taken by my employee Jouad Mohanned on July 23, 2022 as **Exhibit 18**.

65. This photograph shows an Iconic worker wearing a red baseball cap and a red and yellow shirt with dark blue/black pants. The man is showing a potential customer a map. This photograph shows a stack of TopView brochures sticking out of his back right pocket. The brochures have the same red band and white space for writing underneath the red band as TopView's brochure. *Compare* Ex. 3 with Ex. 18. This man does not work for TopView.

## VI. ICONIC WORKERS ARE ENGAGED IN A PATTERN OF MISREPRESENTING THEMSELVES AS WORKING FOR REPUTABLE TOUR BUS COMPANIES.

66. Numerous other photographs obtained by TopView show Iconic workers wearing clothing wearing logo of other double decker tour bus companies in New York City, Big Bus and Gray Line. Incredibly, as to Gray Line, that company hasn't operated since March 2020 . Nonetheless, Iconic workers continue to wear clothing bearing the Gray Line logo since it is recognizable to the public.

67. A true and correct copy of a photograph taken by my employee Karl Martin on July 24, 2022 showing an Iconic worker purported to be a "Ticket Agent" wearing a red vest with the blue and white "Gray Line" logo is attached hereto as **Exhibit 19**, with Bates No. GONY000207.

68. I am attaching another photograph showing an Iconic worker wearing Grey Line apparel on July 22, 2022, which was long after Gray Line stopping running buses. A true and correct copy of this photograph taken by my employee Jennifer Li on July 22, 2022 is attached hereto as **Exhibit 20**. This photograph shows two Iconic workers. The Iconic worker on the left is wearing a Grey Line vest that says "TICKET AGENT."

## VII. PROOF OF CUSTOMER CONFUSION.

69. As I have previously stated, Iconic is purposefully causing confusion, mistake and deceiving the public as to a supposed affiliation with TopView.

70. I am hereby attaching true and correct emails sent by a customer named Eric Borg to my company's email: support@topviewnyc.com as **Exhibits 21** and **Exhibit 22** respectively.

71. In Mr. Borg's first email (Ex. 21), he recounts an incident that occurred with persons that he describes as "TopView employees at the Night Tour stop in Times Square." (*Id.)* He said that he and his friend purchased tickets for the tour at $60.00 in cash from these individuals. They then boarded the bus and were left waiting for nearly an hour. (*Id.*) When they got off the bus and asked for a refund, the ticket sellers became aggressive and police had to intervene. (*Id.)* Since the Iconic workers had misrepresented themselves as TopView workers, the police told Mr. Borg and his friend to contact TopView and he emailed my company at support@topviewnyc.com. (*Id.*)

72. After TopView received Mr. Borg's email (Ex. 21), TopView contacted him right away to make it clear that the individuals that sold him the tickets and who threatened him were not TopView employees. In his second email, Mr. Borg states: "[t]hank you for your calls today – I really appreciate how understanding and accommodating your team has been towards my friend and I after last night, ***despite your company being unfairly accused of being involved***." (Ex. 22.) (Emphasis added.) As Mr. Borg describes, one of the men told Mr. Borg and his friend were from TopView and was holding a sign, but he hid it before he said he was from TopView. (*Id.*) Also, further confirming that the persons involved in this incident were Iconic workers pretending to by TopView workers, Mr. Borg confirms in this email that the bus that he bought tickets for and boarded was "an orange double decker bus with 'New York Iconic Tours' on the side". He further states that the bus "left shortly after police intervened around 10:35pm." (*Id.*)

73. These emails unequivocally demonstrate the damage that Iconic's infringement of TopView's Registered Mark is causing TopView by causing actual customer confusion with Iconic's inferior tour bus service.

## VIII. ICONIC'S ILLEGAL AND UNSAFE OPERATIONS.

74. Since July 2022 to the present, I have also observed Iconic running illegal, unauthorized and unsafe double-decker sightseeing tour buses throughout New York City.

75. Since July 2022 to the present, Iconic has been running its buses on the same routes as TopView buses and making unauthorized stops in DOT Approved Bus Stops or no standing zones. This causes confusion for the public between TopView's legitimate double-decker sightseeing tours and Iconic's inferior, unauthorized sightseeing tours.

76. Since July 2022 to the present, I have personally observed and obtained photographic and other proof of Iconic buses stopping and loitering at unauthorized bus stops or no standing zones around New York City.

77. A true and correct copy of an Iconic bus stopped at an MTA stop, Bates Stamp No. GONY000144, is attached as **Exhibit 23.**

78. A true and correct copy of an Iconic bus loading and unloading passengers at an MTA stop is attached as **Exhibit 24.**

79. When an Iconic double-decker bus is blocking a DOT Approved Bus Stop or a designated no standing zone, TopView as well as other authorized companies cannot safely and quickly load and unload its passengers at the bus stops that were assigned to them by the DOT.

80. Also, when Iconic's buses are parked in DOT Approved Bus Stops or designated no standing zones, TopView's and other authorized companies' buses are delayed and cannot run

on the timely schedule that have been advertised to customers. I have also observed that Iconic parks its buses overnight in the bus layover area on 30th Street between 11th and 12th Avenues.

81. Since July 2022 to the present, I have personally observed and obtained photographic and other proof of Iconic workers loading and unloading passengers in a manner that creates hazardous traffic and dangerous pedestrian conditions. Iconic's dangerous and illegal activity has directly harmed and continues to harm TopView's reputation in the sightseeing tour business and the public at large every day that passes.

82. I am also concerned that Iconic is not properly licensed to run double-decker tour buses, does not adhere to safety regulations, and that it is not properly maintaining its buses. I fear that this will lead to a major accident that will not only ruin the reputation of legitimate tour bus companies but also drive insurance prices up to even higher that they are now to the detriment of reputable companies such as TopView.

## IX. ICONIC'S FRAUDULENT ONLINE ADVERTISING.

83. Iconic has infringed on TopView's mark on its own website several times, and has also been posting advertisements on Groupon for "NY Iconic Tours" and "NY Iconic Cruises" that falsely claim that customers can "hop on" and "hop off" Iconic buses during tours of New York City. It is worth noting that several of the photographs attached hereto show Iconic workers wearing clothing that falsely advertises that Iconic can provide a "hop on" "hop off" tour bus experience. (*See*, *e.g.*, Exhibits 10, 18.) In fact, the NYC Streets Permit Management System attached hereto as **Exhibit 2** confirms that no bus stops have been assigned to Iconic by the New York Department of Transportation. Therefore, Iconic cannot offer "hop-on, hop-off" tours.

### A. Webpage Screenshot at Exhibit 25.

84. Iconic is infringing TopView's Registered Mark on its website https://newyorkiconiccruises.com. For example, I am attaching a screenshot of a page from the Iconic website that I took on or about October 29, 2022. A true and correct copy of this screenshot is annexed hereto as **Exhibit 25** and was produced with Bates No. GONY000215.

85. As shown on this page for "Experienced Guides", Iconic advertises its bus and boat tours by claiming that it is the best "top viewing" which is obviously a reference to TopView's Registered Mark. The first sentence of the first paragraph states that Iconic is the "Best Rated **Top Viewing** New York Bus and Boat Tours." (*Id.*) The fifth sentence states that Iconic is: "The Best **City Sightseeing** Double-Decker and **Top Viewing** Bus Tour in NYC. (*Id.*) These are obvious references to TopView's Registered Mark which are meant to confuse customers looking to purchase tickets online. This is entirely confirmed by the fact that this paragraph also refers to "City Sightseeing," which was another double decker tour bus company that has not been in operation since March 2020. However, I have personally asked the owner of City Sightseeing if he is affiliated with Iconic, to which he responded, "not at all."

86. In fact, this page from Iconic's website shamelessly refers to both "**big bus hop on hop off topview sightseeing**." (*Id.*) (Emphasis added.) This language not only infringes on Top View's registered mark, but it falsely advertises that Iconic can provide a "hop on" "hop off" bus tour service like TopView.

**B. Webpage Screenshot at Exhibit 26.**

87. I am attaching another screenshot of a page from the Iconic website that I took on or about October 29, 2022. A true and correct copy of this screenshot is annexed hereto as **Exhibit 26** and was produced with Bates No. GONY000216.

88. Once again, this webpage from the Iconic website directly infringes on TopView's Registered Mark in that it states: "[o]ur tour gives an experience with fascinating **top view** of NYC aboard our sightseeing double decker buses." (*Id.*) (Emphasis added.)

**C. Webpage Screenshot at Exhibit 27.**

89. I am attaching another screenshot of a page from the Iconic website that my employee Jonathan Hengel took on February 2, 2023. A true and correct copy of this screenshot is annexed hereto as **Exhibit 27** and was produced with Bates No. GONY000218.

90. Once again, this webpage from the Iconic website directly infringes on TopView's Registered Mark in that it describes Iconic's Night Tour as "Night Tour New York Sightseeing Open **Top Viewing** Bus." (*Id.*)

**D. Groupon Screenshot at Exhibit 28.**

91. Iconic has also posted advertisements on Groupon claiming that Iconic operates fleets of multiple buses that travel in loops when in fact Iconic only has four operating buses. Iconic falsely represents to tourists that it is offering competitive "hop-on, hop-off" bus tours, when in fact, it is incapable of doing so.

92. Moreover, in at least three advertisements that appear on Groupon, Iconic has used the words "Top View" in a manner designed to divert customers from TopView to Iconic's inferior Iconic Tours.

93. A true and correct screenshot of one Iconic's groupon listings, taken by myself on October 29, 2022 Bates No. GONY000032-GONY000034 is attached as **Exhibit 28.** The first line of the second page, GONY000033, states "Our tour gives an experience with fascinating **top view** of NYC aboard our sightseeing double decker bus." (emphasis added). "Top view" does not make

sense in this context and is clearly meant to confuse customers google searching for NYC sightseeing busses into thinking Iconic is associated with TopView.

94. A true and correct screenshot of another one of Iconic's groupon listings, with overlaid boxes that indicate where TopView is used in a confusing manner, is attached as **Exhibit 29.**

**ASEN KOSTADINOV**

Sworn to before me on this
6 day of February, 2023

Notary Public

LAURA-MICHELLE HORGAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02HO6293595
Qualified in Westchester County
Commission Expires January 25, 2026