# Exhibit 1

# United States of America

## United States Patent and Trademark Office

# TOPVIEW

**Reg. No. 5,522,838**

**Registered Jul. 24, 2018**

**Int. Cl.: 39**

**Service Mark**

**Principal Register**

Go New York Tours Inc. (NEW YORK CORPORATION)
2 East 42nd Street
New York, NEW YORK 10017

CLASS 39: Transportation of passengers by land via bus, and water via boat; sightseeing services, namely, providing transport via bus and via boat for sightseeing tours; travel tours services, namely, providing transport for travel tours

FIRST USE 11-22-2016; IN COMMERCE 11-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-617,729, FILED 09-21-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office