# EXHIBIT 5

TOPVIEW SIGHTSEEING • NEW YORK

Buy Tickets

**Up to 51% OFF.**
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address | Search

All Routes Run Daily | Downtown Hop-On Hop-Off
Uptown Hop-On Hop-Off | Night Tours
Brooklyn Tour | Liberty Cruise




Brooklyn Tour

**Daily:** Departs at 9:30am from Stop 12

Stops

12 **Battery Park**
Battery Place, between Broadway & Greenwich St