# EXHIBIT 6

TOPVIEW SIGHTSEEING • NEW YORK

Buy Tickets

**Up to 51% OFF.**
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address | Search

All Routes Run Daily | Downtown Hop-On Hop-Off
Uptown Hop-On Hop-Off | Night Tours
Brooklyn Tour | Liberty Cruise




Night Tours

**Departs from Stop 1**

**Mon - Thu:** 6:00pm - 11:00pm

**Fri & Sat:** 7:00pm - 12:30am

**Sun:** 6:00pm - 11:00am

Stops