# EXHIBIT 7

TOPVIEW SIGHTSEEING • NEW YORK

Buy Tickets

**Up to 51% OFF.**
Deal ends today at 11:59pm.

# Maps & Routes

Find nearest stop:

By Address | Search

All Routes Run Daily

Downtown Hop-On Hop-Off

Uptown Hop-On Hop-Off

Night Tours

Brooklyn Tour

Liberty Cruise




Uptown Hop-On Hop-Off

**Departs from stop 2 at the following times:**

**Daily:** 10:00am, 11:00am, 12:00pm, 1:00pm, 2:00pm, 3:00pm, 4:00pm

Stops

2 **Times Square North**
7th Ave btwn 50th St & 51st St

17 **Port Authority**