**EXHIBIT 8**

1:14

JC

Julia >

Wed, Jul 27 at 8:32 PM

D2DB8B31-326E-4A5D-B7F6-719906D9E4...
JPEG Image · 201 KB

I'm here now documenting per instruction from DCA and DOT.

We reported yesterday. Identified issue over the weekend.

I am also reporting it as they are impersonating my company. These guys are complete scammers and totally illegal.

Thank u for this picture.

I also have lots of materials if you need for reporting I will share with you.

If you want to get past the law suits here and now I'd be happy to work with you to better our industry in this city.

iMessage

20:36 5G E

Julia Conway
3 min

Edit

