# EXHIBIT 9


SKECHERS
LINCOLN HARBOR
CHELSEA
DIAMOND DISTRICT
TURTLE BAY
KOREATOWN
GRAMERCY
EAST VILLAGE
ALPHABET CITY
LOWER EAST SIDE
TWO BRIDGES
DUMBO
New York