# EXHIBIT 10


OLD NAVY
Night Tour