# EXHIBIT 13


FLAGSHIP
RETAIL
SPACE