# EXHIBIT 15




GONY000210