# EXHIBIT 16


Harry Potter
ON BROADWAY
Coca-Cola
CES
STATUE OF LIBERT
FERRY BOATS AN
HELICO
LINCOLN HARBOR
New York
FINANCIAL DISTRICT
MEATPACKING DISTRICT
LITTLE ITALY
SOHO
MARVEL