# EXHIBIT 17


ONE WAY
ONE WAY
RIGHT LANE MUST TURN RIGHT
POLICE
BATTERY
0185