# EXHIBIT 18


Nasdaq