# EXHIBIT 19


OLD NAVY
Gray Line
City Sightseeing
New York
TICKET AGENT