# EXHIBIT 20


MUST
TURN RIGH
HOP
ON-OFF
TICKET AGENT
ALDI