# EXHIBIT 21

# Employees Stole Money and became Highly Aggressive - Police Intervened

Inbox × Support ×

**Borg, Eric** eborg.hba2022@ivey.ca via iveyca.onmicrosoft.com
to support@topviewnyc.com

1:12 AM (10 hours ago) Share this email

Good evening,

I am emailing in regards to an incident that occurred earlier tonight with several Topview employees at the Night Tour stop in Times Square.

My friend and I were approached at 10:40pm by the employees at the bus stop on the right side of 7th avenue facing towards the NYE ball and were offered tickets for $30 per. We asked about the length of the ride and when it would leave, and were told it would take 1 hour to complete and would leave by latest 11:15pm. We agreed to take the bus and paid the employee $60 in cash (he said they didn't take any card). After waiting on the bus from 10:45pm until 11:30pm, my friend and I were forced to leave as we have work in the morning.

After exiting the bus and asking the employee who sold us our tickets for a refund, the employees selling tickets became highly aggressive toward my friend and I, encircling the two of us, threatening us, and yelling. This behaviour continued until police officers had to intervene, at which point the man who sold my tickets left with our money.

After the officers spoke to the woman running the sales, we were advised by the police to contact you to attempt to rectify the situation.

Understandably, while the bus time may have been out of the control of the sales employees, being threatened to the point that police had to intervene was certainly something I've never experienced and I hope that something can be done.

Thanks,
Eric