# EXHIBIT 22

**Borg, Eric** eborg.hba2022@ivey.ca via iveyca.onmicrosoft.com
to support@topviewnyc.com

10:45 AM (54 minutes ago) Share this email

Good morning,

Thank you for your calls today - I really appreciate how understanding and accommodating your team has been towards my friend and I after last night, despite your company being unfairly accused of being involved.

Just to give more colour into last night - the stop we arrived at was in Times Square close to West 44th street (across the street from Times Square Studios with the ESPN sign). The man we were initially approached by was African American, in his mid 40s-50, wearing a beret style hat, a dark t-shirt, and pants. He had no facial hair and was approximately 5'11. The tickets were being sold for $40 but he offered them for $30, which we accepted. The tickets were a stub type receipt, and when we entered the bus the stub was removed by the driver to account for us getting on the bus.

After we exited the bus and asked for a refund, we were directed by the man who sold our tickets to speak to the woman who was in charge for our refund. The woman who was in charge was a shorter African American lady in her mid 30s with dreadlocks, and was wearing a blue tour bus company shirt and pants.

The employees who encircled us with threats were all wearing orange hats and blue shirts, but I'd be unable to describe them all due to how many of them there were.

The man who informed us that it was Topview was a tall white male in his 50s with a stubble type facial hair and a larger build, who was holding a sign (which he hid before saying Topview).

The bus was an orange double decker bus with "New York Iconic Tours" on the side. It left shortly after police intervened around 10:35pm.

3 officers who were standing nearby intervened (two male officers and one female) before another male officer arrived in a squad car, but my friend and I didn't file any police report as the officers informed us that it was more of a civil issue and they would be unable to compel the employees to give us any money that evening.

Hopefully this gives a little bit more insight for when you reach out to Big Bus - happy to give any more information if it would be helpful.

Thanks again for all of your help,
Eric