# EXHIBIT 23


NEW YORK ICONIC CRUISES
NEW YORK ICONIC CRUISES
nyc
YORK ICONIC CRUISES
0185
OPERATED BY AURORA TOURISM SERVICES, LLC
NYSDOT 39942 USDOT 2956377 MC 7543
1500
TIMCAST.COM
WINNER! BEST MUSICAL
SIX
JD