# EXHIBIT 24


W 14 St
South Ferry
Times Square
M7
M20
M104
7 Av &
W 44 St
CRUISES
TOURS
NEW YORK
ONIC CRUISES