# EXHIBIT 28






# New York Iconic Cruises

2 Locations

Up to 45% Off on Night Bus Tour at New York Iconic Cruises

3.9 ★★★★☆ 11 Groupon Ratings






- (selected) Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for One
  ~~$68~~ **$41** **40% Off**
  20+ bought
- Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for Two
  ~~$132~~ **$79** **40% Off**
  30+ bought
- Night Bus Tour; 75-Minute NYC Sightseeing Double Decker Bus for Five
  ~~$276~~ **$156** **43% Off**
- Night Bus Tour; 75-Minute Sightseeing Bus for Ten
  ~~$545~~ **$300** **45% Off**

**Extra 25% off, up to $50**
Promo Code SAVE. Ends 11/22. Apply

Over 50 views today, so act now!

Buy Now

Give as a Gift

**Share This Deal**

This merchant is open for business and taking steps to help protect your health by following all applicable laws and regulations concerning COVID-19 safety.

## Highlights

See nighttime views of Iconic downtown locations atop a double-decker bus tour
We depart frequently from 7 p.m. and 11 p.m. daily

## About This Deal

**Best Price Guarantee**
…ind a better price somewhere else, let us know. We'll cover …ference, worry free. See full details at gr.pn/bpg

Get 20% Off ✕

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for One**

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for Two**

**75-Minute Night Tour NYC Sightseeing Double Decker Bus for Five**

**Night Tour Sightseeing Bus for Ten**

Our tour gives an experience with fascinating top view of NYC aboard our sightseeing double decker buses. View Midtown Manhattan in a fascinating display of flashing lights onboard our big bus double-decker NYC sightseeing guided tour that relates interesting and amusing stories about this historic district. Sights include Times Square, Empire State Building, Rockefeller Center, Chinatown, Little Italy, Noho, Soho, Brooklyn Bridge, Battery Park, World Trade Center Memorial, and the Manhattan Bridge and lots more. Explore the wonders of New York City. Drive through the city on one of our majestic orange double-decker buses, explore as you desire. View Midtown Manhattan in a fascinating display of flashing lights with human tour guide that relates interesting and amusing stories about this historic district. Sights include Times Square, Empire State Building, Rockefeller Center, Chinatown, Little Italy, Noho, Soho, Brooklyn Bridge, Battery Park, World Trade Center Memorial, Manhattan Bridge and lots more. Explore the wonders of New York City. Experience the best view of the city that never sleeps at night.

Night tours depart frequently from 7 p.m. and 11 p.m. daily.

For latest tours and information including customized private charter bus tours for groups, personal events, and entertainments.

Please contact NYIC Sightseeing Tours at (800) 299 4412

## Fine Print

Promotional value expires 180 days after purchase. Amount paid never expires. No booking required, present voucher on arrival. Check policies. Limit 5 per person(s), may buy 1 additional as gift(s). May be repurchased every 30 days. Merchant is solely responsible to purchasers for the care and quality of the advertised goods and services. Learn about Strike-Through Pricing and Savings

## Groupon Customer Reviews

**3.9** ★★★★☆ 11 Groupon Ratings

Sort by: Most Recent

**100% Verified Reviews**

All Groupon reviews are from people who have redeemed deals with this merchant. Review requests are sent by email to customers who purchased the deal.

G **Glorie**
☆ 1 ratings 1 reviews

★★★★★ · 5 days ago

We had a wonderful time on the night bus tour, tour guide gave a lot of knowledgeable information. Driver was courteous, we saw the Statue of Liberty on the Brooklyn bridge, Timesquare was superb. in all We had a lot of fun. Good deal worth the price.

Helpful

C **Cierra**
☆ 2 ratings 2 reviews

★★★★☆ · 7 days ago

...as great. Our guide was wonderful and very knowledgeable ...kets however are much cheaper to buy on site. The tour is ...a person in Times Square.

Get 20% Off

Helpful

O

**Ope**

☆ 1 ratings 🗨 1 reviews

★★★★★ · November 6, 2022

This is a great tour very informative and fascinating, I will surely ride again. Love the crew

Helpful

M

**Michael**

☆ 11 ratings 🗨 1 reviews

★☆☆☆☆ · November 4, 2022

The tour was $20 cheaper to buy tickets in Times Square. We did not have the option to hop off and when we asked the guide asked for to be tipped. The guide said a number of things that were factually incorrect. It was almost comical. He stated that the wtc towers accidentally fell over and that America was discovered by mexico to name a couple. There are better ways to explore NYC.

Helpful

D

**Don** · Top Reviewer Helpful Reviewer

☆ 40 ratings 🗨 21 reviews

★☆☆☆☆ · October 31, 2022

Horrible experience. The poor driver was also the narrator and he knew nothing about what we were seeing.

Helpful

See All Groupon Reviews

## Customer Photos






## About New York Iconic Cruises




**Times Square**

5 Times Square Between 42nd and 41st Street
...venue (Beside Red Lobster), New York,
...036

Directions

Get 20% Off ✕

(800) 299-4412 **Open:** Closes at 8:00 PM

GONY000034

Website

See All Hours

| | | | |
|---|---|---|---|
| Good for Groups | Yes | Good for Kids | Yes |
| Wifi | Yes | Takes Reservations | Yes |
| Walk-ins Welcome | Yes | | |

## Sponsored deals for you

1 of 3




**$110 Off 5 Boxes + Free Shipping On 1st Box**
Blue Apron · 1 Coupon




**Take 25% Off With This Bruush Promo Code**
Bruush · 1 Coupon



**HelloFresh Meal Kit De...**
4.1 ★★★★☆ 23333 Ratings
~~$69.93~~ **$25**
Meal Kit Deliveries




**6 Bottles For $34.95 + Free Shipping With**
Firstleaf · 1 Coupon

## Similar deals you might like



**Big Bus Tours**
1600 Broadway, New York
3.9 ★★★★☆ 409 Ratings
~~$59.99~~ **$47.99**
New York City Bus Tours




**THE RIDE**
259 West 42nd Street, New ...
4.4 ★★★★★ 308 Ratings
~~$79~~ **$58**
Immersive tour experience



**TopView Sightseeing**
286 46th St., New York
3.8 ★★★★☆ 5669 Ratings
~~$59~~ **$49**
Downtown Night Bus Tour



**CitySights NY**
W. 42nd Street (btw. 8th & 9...
4.1 ★★★★☆ 16614 Ratings
~~$45~~ **$36**
NYC Bus Tour—Downtown ...

## People also bought

1 of 3

**Go City - New York City...**
39 Fitzgerald St, New York
4.5 ★★★★★ 23263 Ratings
**$140.60**
Go New York City Explorer

**Top of the Rock Observ...**
30 Rockefeller Plaza, New Yo...
4.8 ★★★★★ 69 Ratings
~~$41.37~~ **$33.10**
Top of Rock Observation Deck

**44th Street Health & W...**
535 5th Avenue, New York
4.4 ★★★★★ 800 Ratings
~~$355~~ **$42**
Aromatherapy Massage

**44th Street Health & W...**
535 5th Avenue, New York
4.4 ★★★★★ 800 Ratings
~~$325~~ **$41**
Massage Package

Get 20% Off ✕

In and Around New York

GONY000035

BROOKLYN
Museums & Galleries
Things To Do
Sightseeing & Tours

CONEY ISLAND
Things To Do
Museums & Galleries
Sightseeing & Tours

JERSEY CITY
Things To Do
Museums & Galleries
Helicopter Ride

MANHATTAN
Things To Do
Museums & Galleries
Sightseeing & Tours

NEW YORK CITY
Things To Do
Museums & Galleries
Helicopter Ride

STAMFORD
Things To Do
Museums & Galleries
Sightseeing & Tours

**Customer support**

Help Center

Refund Policies

Report Infringement

**Sell on Groupon**

Join Groupons Marketplace

Run a Groupon Campaign

How does Groupon work for Merchants

Sponsor your Campaign

Affiliate Program

Vendor Code of Conduct

**Company**

About

Jobs

Students

Press

Investor Relations

Management Team

In Your Community

**Quick Links**

Treat yourself +

Things to do +

Coupons +

Gifts for Occasions +

**Follow Us**

The Gist

**Groupon Sites**

USA

**Scan for the Groupon App**

Learn More

**Sign up for the lastest deals**

Email Address

By subscribing, I agree to the Terms of Use and have read the Privacy Statement.

© 2022 Groupon, Inc. All Rights Reserved. Terms of Use | Privacy Policy | Licenses | Accessibility | Do Not Sell or Share My Personal Information | Sitemap

Get 20% Off