# EXHIBIT 29

Get the Groupon App | My Wishlist | Sell On Groupon | Help | Sign Up

GROUPON | Categories | Search Groupon | New York City | Sign In

Local / Things To Do / Nightlife / Party Bus

# New York Iconic Cruises

5 Times Square, New York – 4.4 mi

Up to 20% Off on Party Bus Tour at Aurora tourism services LLC

3.9 ★★★★☆ 11 Groupon Ratings






- Hop on Hop Off Sightseeing Double Decker Bus Tour for Ten (Buy 3Tickets and Privately Customize the Tour) ~~$690~~ $552 20% off
- Hop on Hop Off Sightseeing Double Decker Bus Tour for Twenty (Buy 2 Tickets and Privately Customize your Tour) ~~$999~~ $799 20% off
- Private Sightseeing Bus Day Tour (Maximum of 45 passengers) ~~$999~~ $899 10% off
- Private Night Bus Tour (Maximum of 45 passengers) ~~$999~~ $899 10% off

See All 5 Options

Buy Now

Give as a Gift

This merchant is open for business and taking steps to help protect your health by following all applicable laws and regulations concerning COVID-19 safety.

## Highlights

Book a Day Ahead, Experience the best of New York City, with either Downtown Tour, Uptown Town, Night Tour, hop-on hop-off NYC tour Choices.

## About This Deal

**Hop on Hop Off Sightseeing Double Decker Bus Tour for Ten (Buy 3Tickets and Privately Customize the Tour)**

**Hop on Hop Off Sightseeing Double Decker Bus Tour for Twenty (Buy 2 Tickets and Privately Customize your Tour)**

**Private Sightseeing Bus Day Tour (Maximum of 45 passengers)**

**Private Night Bus Tour (Maximum of 45 passengers)**

**Customized Birthday, Baby Shower or Anniversary Tour (2hrs) a Bus (Maximum of 45 passengers)**

- Customizable pick up location and route
- Private open-top double-decker Bus
- Choose from a variety of set routes around Manhattan, or request your own bespoke route. Perfect for school groups, corporate events, celebrations, employee rewards, a day out with friends or even a special point-to-point transport

*Want to enjoy a safe social activity with a group, reward employees, give your pupils an introduction to New York or create a team-building scavenger hunt around the city? NY Iconic Tours can help customize your private bus tour with exclusive access to one of our open top buses. Whatever your requirements, we'll work with you to make your event a stand-out. Book a Day Ahead to Charter and customize your tour in one of our Magnificent Orange Double Decker buses for an exciting Day or Night Tour route that allows you to enjoy NYC views privately with maximum of 49 passengers on board. Hop on to take part in the excitements, explore the sights, and make the most of your visit Sightsee from atop our NYC sightseeing bus. We'll introduce you to its hidden gems and special neighborhoods such as Times Square, Flatiron District, SoHo / NoHo, Chinatown, Financial District and lots more. While listening to informative and entertaining commentary with magnificent top views from an open top bus with the perfect introduction to New York City!*

*Discover one of the most iconic cities in the world with our top viewing New York City bus. Hop on to see the city's most famous landmarks and attractions. Our bus tour routes will introduce you to the city's most famous landmarks and attractions. Explore must-see sights such as*

• The Battery

• Statue of Liberty

• 40 Wall Street/Trump Building

• Brooklyn Bridge

• Wall Street

Like 0