UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC. d/b/a "TOPVIEW SIGHTSEEING",<br><br>Plaintiff,<br><br>–against–<br><br>AURORA TOURISM SERVICES, LLC d/b/a "NY ICONIC TOURS" AND "NY ICONIC CRUISES" and OLUWABAMISE L. JEGEDE,<br><br>Defendants. | **AFFIDAVIT IN LIEU OF DIRECT TESTIMONY**<br><br>1:22-cv-10633 (RA)(JW) |

**JENNIFER LI**, declares under penalty of perjury that the following facts are true and correct:

1. I am the head of marketing Plaintiff Go New York Tours Inc. which does business as "TopView Sightseeing" ("Plaintiff") or ("TopView"). I began working in TopView in 2017.

2. I submit this affidavit in lieu of direct testimony pursuant to Rule 5(C)(iv) of the individual rules of the honorable judge Ronnie Abrams, in support of Plaintiff's motion for a temporary restraining order and for issuance of an order to show cause as to why a preliminary injunction should not issue.

3. In the course of performing my duties as head of marketing, I have become familiar with the branding and advertising of our competitors.

4. Based off witnessing the following events, I believe that Defendants Aurora Tourism Services, LLC d/b/a "NY Iconic Tours" and "NY Iconic Cruises" ("Iconic") and Oluwabamise L. Jegede ("Jegede") (collectively, "Defendants") are purposefully deceiving members of the public

into believing there is an affiliation, connection, or association between Iconic and TopView as well as other bus companies.

5. In July of 2022, I took several photographs of Iconic bus tours' ticket agents impersonating TopView and other bus companies' agents.

6. On July 22, 2022, at 9:18 PM, I took a photograph of a woman in an orange hat and a blue short sleeved shirt standing next to a man wearing a light blue short sleeved shirt and red backpack, Bates Stamp No. GON0000198. This photograph is annexed to the Affidavit in Lieu of Direct Testimony of Asen Kostadinov, Executed on February 6, 2023 (the "Kostadinov Aff.") as Exhibit 16. In the photograph, the man wearing the blue short-sleeved shirt is holding a sign with a map on it. This map is identical to the map of TopView's downtown route, annexed to the Kostadinov Aff. as Exhibit 4. Both the map the man is holding and the map in Exhibit 4 to the Kostadinov Aff., contain the same route, same route color, and same numbers delineating stops on the route.

7. On July 22, also at 9:18 PM, I took a photograph of two men in red uniforms standing in front of a bus with "NY ICONIC TOURS" written in neon lights on it, attached as Exhibit 12 to the Kostadinov Aff. The man on the left is handing out TopView brochures. A true and correct copy of the TopView brochure is attached to the Kostadinov Aff., as Exhibit 3. Comparing Exhibits 12 and 3 of the Kostadinov Aff. shows that the brochure the man is handing out have the same red band with a white cutout underneath as TopView brochures. Furthermore, the same man has a stack of Big Bus brochures in the right back pocket of his pants. I recognize these brochures to be Big Bus brochures because they have the same red background and yellow, rounded, bubble shaped letters as Big Bus brochures. They also show the word "EXPLORE" in yellow, rounded, bubble shaped letters with a white arrow pointing downward which I recognize

as language from Big Bus brochures. *See also* "About Big Bus Tours" at, https://www.bigbustours.com/about-big-bus-tours (for an example of Big Bus' stylized text) (accessed February 6, 2023).

8. The man on the right of this photograph is holding a map of TopView's downtown route. A true and correct copy of TopView's downtown route's map is annexed to the Kostadinov Aff., as Exhibit 4. Comparing Exhibits 12 and 4 of the Kostadinov Aff., shows that the man on the right of Exhibit 12 is holding a map identical to TopView's downtown route.

9. On July 22, at 9:24 PM, I took a photograph of a man in a white collared short sleeved shirt standing in front of two men wearing maroon short sleeved shirts, Bates Stamp No. GONY000202. A true and correct copy of this photo is attached to my affidavit as **Exhibit 1.** The man in the white short sleeved shirt is holding a sign that says "Night Tour". The bus on the sign clearly says "NEW YORK ICONIC CRUISES" on it.

10. On July 22, 2022, at 9:22 PM, I took a photograph of a man wearing a red shirt, red cap, grey shorts and holding a sign which says "Night Tour", Bates Stamp No. GONY000200. A true and correct copy of this photo is attached to my affidavit as **Exhibit 2**. The sign the man is holding says "Night Tour," on top of a bus with white writing on the top. The sign is the same sign used by a man in Exhibit 1, referenced in my previous paragraph. However, the shirt the man is wearing contains Gray Line's distinctive blue diamond trademark. Furthermore, Gray Line was not operating in New York at the time, so there is no way the man could have been selling tickets to Gray Line's tours.

11. On July 22, 2022, at 9:23 PM, I took another photograph of the same man referenced in my previous paragraph, standing next to a man wearing a maroon shirt and maroon hat with "HOP ON-OFF" printed on the back of his shirt, Bates Stamp No. GONY000201, annexed to the

Kostadinov Aff., as Exhibit 20. The words "Gray Line" in a blue diamond logo are clearly visible on the back of the shirt of the man referenced in my previous paragraph, who is standing on the left. The man on the right, who is wearing a maroon shirt, is also holding a sign bearing a map. The man's maroon shirt with white and yellow trim is distinctive of Big Bus' trade dress (*see* https://www.bigbustours.com/about-big-bus-tours), however, the map he is holding is identical to TopView's map, contained at Exhibit 4 to the Kostadinov Aff. Furthermore, the man on the right, wearing the dark maroon Big Bus shirt, has a TopView brochure sticking out of his back pocket. A true and correct copy TopView's brochure is annexed to the Kostadinov Aff., as Exhibit 3. Comparing the two shows that both the brochure in the back of the man's pocket in Exhibit 20 to the Kostadinov Aff. and Exhibit 3 to the Kostadinov Aff. contain the same red border top with white lettering on it above a picture of a bus.

12. On July 22, 2022, at 9:25 PM, I took a photograph of two men wearing maroon colored shirts, with the man on the left wearing a maroon cowboy hat and the man on the right wearing a red baseball cap, Bates Stamp GONY000203, annexed to the Kostadinov Aff., as Exhibit 14. The man on the right is holding the same "Night Tour" sign I referenced in my previous paragraphs, which reads "NEW YORK ICONIC CRUISES," on an orange bus. He is also holding a TopView map, attached as Exhibit 4 to the Kostadinov aff.

13. On July 22, 2022, at 9:25 PM, I took a photograph of three men wearing maroon shirts, one of whom is wearing a red cowboy hat, and the others whom are wearing red baseball caps, Bates Stamp No. GONY000204, attached to this affidavit as **Exhibit 3**. These are the same men wearing maroon shirts referenced in my previous paragraphs. One man is standing behind the other two men, and he is holding the same "Night Tour" sign referenced in my previous paragraphs, which has a red bus and "NEW YORK ICONIC CRUISES" written on it. The man

in the back is holding up a brochure to his chest. This brochure is a TopView brochure, a true and correct copy of which is annexed to the Kostadinov Aff. as Exhibit 3. Comparing the brochure the man is holding to his chest in Exhibit 3 with the first panel of the brochure in the picture in Exhibit 3 to the Kostadinov Aff. shows they have the same red and white top border above a white box with a red outline. The red outline has white writing on it while the box itself contains blue text.

_____
**JENNIFER LI**

Sworn to before me on this
6 day of February, 2023

_____
Notary Public

BARAK F. BACHARACH
Notary Public, State of New York
No. 02BA6442914
Qualified in Queens County
Commission Expires 10/24/2026