UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

GO NEW YORK TOURS, INC. d/b/a
"TOPVIEW SIGHTSEEING",

Plaintiff,

Docket No.
1:22-cv-10633(RA)(JW)

-against-

AURORA TOURISM SERVICES, LLC d/b/a
"NY ICONIC TOURS" AND "NY ICONIC
CRUISES" and OLUWABAMISE L.
JEGEDE,

Defendants.

------------------------------------------------------------------------x

OPEYEMI JEGEDE, declares under penalty of perjury:

1. I submit this Declaration in connection with the above case.
2. Annexed hereto as Exhibits 1 through 27.
3. I took each of these photos or videos or downloaded screenshots.
4. Each photo or video is a true and accurate depiction of the scene depicted in the photos or videos.
5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2023.

OPEYEMI JEGEDE