1:25

◀ Search

July 22, 2022
9:28 PM

Edit

