1:25

◀ Search

July 22, 2022
9:23 PM

Edit

