1:27

◀ Search

August 25, 2022
10:22 PM

Edit

LIVE

