1:28

◀ Search

September 2, 2022
8:54 PM

Edit

