1:33

◄ Search

October 20, 2022

7:29 PM

Edit

LIVE

