1:37

◄ Search

October 22, 2022
7:47 PM

Edit

