1:37
◂ Search

October 22, 2022
7:47 PM

Edit

