1:39

◀ Search

November 4, 2022
10:29 PM

Edit

