1:42

◀ Search

November 5, 2022
6:51 PM

Edit

