1:49

◀ Search

January 14
10:13 PM

Edit

