


Serigne Amar
Jan 21 ·

Like Comment Share