6:00 5G

Serigne Amar

Like Comment Share

**Serigne Amar**
Jan 21 ·







Like Comment Share

**Serigne Amar**
Jan 20 ·

"Dube Wisdom":

Add Friend Message •••

Home Watch Marketplace Profile Notifications Menu