6:04 5G UC

# Serigne Amar

Serigne Amar
Nov 29, 2022 ·



2 · 2 comments

Add Friend · Message · ...

Home · Watch · Marketplace · Profile · Notifications · Menu