Photo

Done


TOPVIEW
Night Tour
$15
plus fees
0186
NEW YORK ICONIC CRUISES
CHASE