2:49

Photo

Done

