
2:40
February 13
6:59 PM
Edit
Do not hold doors
L5
V
TOPVIEW
TAP-TAP-TAP
KA
CHIN