
FORMULA
TICKETS FROM
$19
nyic
NEW YORK ICONIC CRUISES
www.SCANandRIDE.com
0187
NY ICONIC
NIGHT TOUR