7:57 LTE

**Serigne Amar**

**Serigne Amar**
4d ·

**TopView Sightseeing** · Follow
Feb 3 ·

On night tours, NYC reveals its true magnificence as the city that never sleeps glows with millions of lights. ✨




topviewnyc.com
**Night Tours of NYC: See the Bright Lights of the Big City and Save! | N...**
Learn more

Add Friend | Message | ...

Home | Watch | Marketplace 4 | Pages | Notifications 9+ | Menu