UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GO NEW YORK TOURS, INC., *d/b/a* "TOPVIEW SIGHTSEEING,"

                Plaintiff,

v.

AURORA TOURISM SERVICES, LLC, *d/b/a* "NEW YORK ICONIC TOURS" and "NY ICONIC CRUISES, and OLUWABAMISE L. JEGEDE,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/03/2023

No. 22-cv-10633 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff Go New York Tours brought this action alleging trademark infringement, and has since moved for a preliminary injunction and temporary restraining order. At a hearing on the pending motion, the parties advised the Court that they would agree in principle to a stipulation of non-infringement to remain in place during the pendency of this action. While counsel have further indicated that they will continue to discuss the terms of any such stipulation with Magistrate Judge Willis, they have thus far consented to the following; accordingly, it is hereby ordered that:

1. During the pendency of this action, Defendants' employees, representatives, owners, affiliates, ticket sellers operating as agents or representatives, or other persons associated with Aurora (henceforth, "Aurora Associated Persons") shall not, on its website, infringe on the federally registered trademark for the standard characters TOPVIEW, Federal Registration No. 5522838 (the "TopView Mark").

2. Defendants shall remove the words "Top-View" and "Top-Viewing" from any website operated or controlled by Aurora and Aurora Associated Persons.

3. Aurora shall not publish on its website any information to suggest that there is an association between Aurora and TopView.

SO ORDERED.

Dated:    March 3, 2023
            New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge