**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                          Plaintiff,                        **ORDER**

                        -against-                   **22-CV-10633 (RA) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On March 3, 2023, this case was referred for General Pretrial, Settlement, and the specific issue of the "Stipulation of Non-Infringement to Remain in Place During Pendency of this Action." Dkt. No. 49. Following a review of the docket in this matter, the Court thinks that the most productive approach to this issue would be through the format of a settlement conference, during which the Court can exchange in *ex parte* communications with each party with the goal of negotiating an agreeable stipulation. Furthermore, it is the opinion of the Court that settlement discussions generally could be productive in this matter.

       With this in mind, the Parties are directed to contact Courtroom Deputy Christopher Davis by **March 17, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in March or April 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

The Parties should draft their pre-conference submissions, and attend the conference, prepared to discuss both the Stipulation and any potential settlement.  If there are documents that are germane to this issue, those should be included as exhibits to the settlement submissions.

SO ORDERED.

DATED:   New York, New York
         March 9, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge