**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

Plaintiff,

-against-

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

Defendants.

-----------------------------------------------------------------X

**ORDER**

**22-CV-10633 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter is scheduled for a conference on **March 30, 2023**, at **3:00 PM**.  The

conference will take place in person, in Courtroom 228, 40 Foley Square, New York,

NY.  The Parties should be prepared to address the pending issue of the stipulation,

as well as scheduling of a settlement conference.

SO ORDERED.

DATED:   New York, New York
          March 20, 2023

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge