UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                       Plaintiff,                        **ORDER**

                -against-                      **22-CV-10633 (RA) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A conference was held in this matter on March 30, 2023. Following that conference, the following discovery schedule is entered:

- No additional parties may be joined after May 19, 2023.

- No amendments to the pleadings may be made after May 19, 2023 without leave of the Court.

- Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than April 10, 2023.

- All fact discovery is to be completed no later than June 30, 2023.

    o Initial requests for production of documents shall be served by April 10, 2023.
    o Interrogatories shall be served by April 19, 2023.
    o Depositions shall be completed by June 30, 2023.
    o Requests to Admit shall be served no later than May 18, 2023.

- All expert discovery shall be completed by August 17, 2023.

- All discovery shall be completed no later than August 17, 2023.

Judge Abrams has been advised of the continued pendency of Plaintiff's request for a temporary restraining order.

SO ORDERED.

DATED:   New York, New York
         March 31, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge