UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO NEW YORK TOURS, INC. d/b/a TopView Sightseeing,<br><br>                          Plaintiff,<br><br>                    v.<br><br>AURORA TOURISM SERVICES, LLC d/b/a NY Iconic Tours, d/b/a NY Iconic Cruises, and OLUWABAMISE L. JEGEDE,<br><br>                          Defendants. | No. 22-CV-10633 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court will continue the hearing on Plaintiff's pending motion for a preliminary injunction and temporary restraining order on May 25, 2023 at 9:30 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square. No later than May 18, 2023, the parties shall file a joint letter apprising the Court of the status of this action, including but not limited to what efforts have been made to settle this action, whether either party intends to file dispositive motions, and what additional witnesses, if any, the parties anticipate calling at the hearing prior to making their summations on the present motion.

SO ORDERED.

Dated:    April 20, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge