**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GO NEW YORK TOURS, INC. d/b/a "TOPVIEW SIGHTSEEING,"

                        Plaintiff,                **ORDER**

              -against-                  22-CV-10633 (RA) (JW)

AURORA TOURISM SERVICES, LLC d/b/a
"ICONIC TOURS" AND "NY ICONIC CRUISES",
and OLUWABAMISE L. JEGEDE,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On May 9, 2023, Plaintiff filed a request for a protective order. Dkt. No. 65. Defendant may write to oppose the request within three business days. Plaintiff's request to adjourn the settlement conference scheduled for May 16, 2023, is GRANTED. Parties are instructed to file a status update letter by June 8, 2023. SO ORDERED.

DATED:    New York, New York
               May 9, 2023

                                              *Jennifer E. Willis*
                                            _____
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge