**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GO NEW YORK TOURS, INC. d/b/a TopView
Sightseeing,

                        Plaintiff,              **ORDER**

               -against-                  22-CV-10633 (RA) (JW)

AURORA TOURISM SERVICES, LLC
d/b/a NY Iconic Tours, d/b/a NY Iconic Cruises,
and OLUWABAMISE L. JEGEDE,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On May 9, 2023, Plaintiff filed a request for a protective order. Dkt. No. 65. On May 11, 2023, Defendant wrote a response letter and requested a conference with the Court to address the entry of a protective order. Dkt. No. 67. The Court will hold a conference on May 16, 2023, at 10:00am. The conference will be held in-person in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
              May 12, 2023

                                                            JENNIFER E. WILLIS
                                                           United States Magistrate Judge