

**ROSS & ASMAR LLC**
ATTORNEYS AT LAW

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

---

> GRANTED. Conference is adjourned to June 8, 2023 at 11:00 am. The conference will be held in-person in Courtroom 228, 40 Foley Square, New York, New York.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> May 15, 2023

Via ECF Filing

Hon. Mag. Judge Jennifer Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY

Re:   Go New York Tours, Inc. v. Aurora Tourism Services, LLC, et. al.
      Case No. 22-CV-10633 (RA) (JW)

Dear Mag. Willis:

This firm represents Defendants/Counterclaim Plaintiff ("Defendants" or "Aurora") in the above-referenced action.

I write regarding the May 16, 2023 conference scheduled by the Court's order of May 12, 2023. I write to request an alternate date as I am not available on May 16 at 10 AM. I am travelling to Florida to celebrate my father's 90th birthday. I fly back to New York on the morning of May 16. I will not be back to attend court at 10 AM.

I have emailed counsel for the Defendant regarding this request. I have not received a response (the email was just sent a few minutes ago). Although I have not received a response yet, I wanted to make this request as soon as possible as I will be leaving the office shortly and will not be in the office on Monday.

I respectfully request an adjournment of the conference. No other attorney is able to appear as I am the only attorney at my firm handling this matter.

Respectfully,

*Steven B. Ross*
Steven B. Ross, Esq.
Ross & Asmar LLC