**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
GO NEW YORK TOURS, INC. d/b/a
"TOPVIEW SIGHTSEEING",

Case No. 1:22-cv-10633 (RA)(JW)

Plaintiff,

**NOTICE OF MOTION**

-against-

AURORA TOURISM SERVICES, LLC d/b/a "NY ICONIC TOURS" AND "NY ICONIC CRUISES" and OLUWABAMISE L. JEGEDE,

Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that pursuant to Rule 65 of the Federal Rules of Civil Procedure, upon the Declaration of Oluwabamise L. Jegede, sworn to on May 19, 2023 and the Declaration of Steven B. Ross, Esq., sworn to on May 19, 2023, the exhibits annexed thereto and/or filed herewith, and upon the testimony and evidence thus far in connection with the parties pending hearing, Defendants Aurora Tourism Services, LLC d/b/a/ "NY Iconic Tours" And "NY Iconic Cruises" and Oluwabamise L. Jegede, shall move this Court at Courtroom 1506, Thurgood Marshall Courthouse, 40 Foley Square, in the United States District Court, Southern District of New York, on May 25, 2023 at 9:30 AM, or as soon thereafter as counsel may be heard, for the following relief:

(1) Ordering that Plaintiff and all employees, agents and/or persons otherwise working for or affiliated with Plaintiff to not assault, harass, bother, threaten, or intimidate any Defendant or any of Defendants' employees or agents;

(2) Ordering that Plaintiff and all employees, agents and/or persons otherwise working for or affiliated with Plaintiff to not interfere with or obstruct the business or business activities of any Defendant;

(3) Ordering that Plaintiff and all employees, agents and/or persons otherwise working for or affiliated with Plaintiff not bother, threaten, intimidate, harass and/or interfere with Defendant ‘s customers and potential customers;

(4) And for such other and further relief as the Court may deems just and proper.

**DATED:** New York, New York
May 19, 2023

Steven B. Ross, Esq. (SR 5059)
Ross & Asmar LLC
Attorneys for Defendants
499 Seventh Ave., 23rd Floor S.
New York, NY 10018
(212) 736-4202
steven@rossasmar.com