UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GO NEW YORK TOURS, INC. d/b/a
"TOPVIEW SIGHTSEEING",

Plaintiff,

Docket No.
1:22-cv-10633(RA)(JW)

-against-

AURORA TOURISM SERVICES, LLC d/b/a
"NY ICONIC TOURS" AND "NY ICONIC
CRUISES" and OLUWABAMISE L. JEGEDE,

Defendants.
--------------------------------------------------------------X

OLUWABAMISE L. JEGEDE, declares under penalty of perjury:

1. I am the President of Defendant Aurora Tourism Services, LLC d/b/a NY Iconic Tours and an individual Defendant in the above case. I am fully familiar with the facts set forth here.

2. I submit this Declaration in support of Defendant's request for a temporary restraining order and preliminary injunction enjoining the Plaintiff from harassing, assaulting, or threatening the Defendant and its employees, agents and customers, and from interfering with the business, employees and operations of the Defendant.

3. Defendant requests the relief sought because the Plaintiff has engaged in an ongoing pattern of harassment, threats, and interference.

4. Plaintiff's history of harassing our employees and customers has gone on for several years but their unlawful and threatening conduct has increased dramatically since July 2022 when we starting operating services in Times Square and especially in recent weeks to the point that it is necessary to ask this Court to order them to stop this behavior.

5. More specifically and on an ongoing basis, employes of Plaintiff stand on the sidewalk next to our buses, in front of our buses and sometimes block the doors of our buses, in Topview jackets with Topview signs, directly interfering with our customers in an attempt to confuse them and lead them away from our buses to their own buses. Photos of Plaintiff's employees exhibiting such behavior are in evidence identified as Exhibits "5", "6", "7", "8", "9", "10", "14", "15" and "17" as part of my Declaration dated February 27, 2023.

6. While this interference goes on every day (day and night) and is a direct infringement on our ability to conduct our business, other acts on the part of Plaintiff's employees (at the express direction of the Plaintiff) have risen to the level of criminal activity in that one of Plaintiff's employees physically assaulted me and my son (also an employee and a witness in the ongoing litigation) and was subsequently arrested for that assault.

7. This physical assault, which took place on April 27, 2023, was caught on video and came after this individual had been verbally harassing and intimidating our employees and principals for months. The video of the assault is submitted as Exhibit "A" (My attorneys advise that they will send the video to the Court). The video shows not only the physical danger that Defendant and our employees are now subject to but also makes clear that the general public is in physical danger given their close proximity to individuals who are willing to assault others at the direction of their bosses and who clearly have no regard for the physical safety of others. A copy of the Criminal Complaint against the individual who committed the assault against my son is annexed hereto as Exhibit "B".

8. This same individual physically assaulted me on April 9, 2023. This assault against me was also captured on video. That video is Exhibit "C' (submitted separately).

9. In addition to the physical assault, Plaintiff's employees consistently engage in verbal

harassment of our customers (disparaging our buses and our business by calling them "fake buses" and encouraging them to ask for their money back). Video Exhibit "F" shows a TopView employee bothering our customers as they board a bus.

10. The Plaintiff's employees and agents have also made verbal threats of physical violence (threatening to shoot me and the members of my family as well as physical threats against our employees and threatening to pull weapons from their pockets which can also be seen on video) and often physically standing in front of our buses, preventing them from moving forward and creating an ongoing danger to our employees and the general public.

11. Plaintiff's employees and agents are harassing and interfering with the Defendant's employees, agents and operations.

12. I have been told directly by Karl Martin, who is an employee of Topview, that he was hired as an "Enforcer" by Plaintiff and that the sole purpose of his job was to "put Aurora and Iconic out of business."

13. Plaintiff is interfering with our lawful business in an attempt to put us out of business. That this behavior has continued over the past 10 months and in fact increased while we have been before this Court points out the brazen and unfettered gall of Plaintiff who appears to not care that this Court is actively involved in trying to resolve our issues.

14. Annexed as Exhibit "D" is a photo from April 23, 2023 of Topview agents standing in front of our bus, preventing our bus from operating. This behavior is very dangerous and puts many people at risk. This practice of standing in front of our bus happens often. Annexed as Exhibit "E" is a video of TopView employees and agents standing in front of our bus. This video was taken on April 22, 2023.

15. It is only a matter of time before the Defendant, Defendant's employees and the general

public are seriously injured by the illegal and unwarranted acts of the Plaintiff and Plaintiff's employees. It is therefore requested that this Court immediately issue a temporary injunction enjoining the Plaintiff from engaging in the behavior that has been set forth in this Declaration.

16. I respectfully request that the Court grant the relief sought.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2023

OLUWABAMISE L. JEGEDE