**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

GO NEW YORK TOURS, INC. d/b/a
"TOPVIEW SIGHTSEEING",

Plaintiff,

-against-

AURORA TOURISM SERVICES, LLC d/b/a "NY ICONIC TOURS" AND "NY ICONIC CRUISES" and OLUWABAMISE L. JEGEDE,

Defendants.

-------------------------------------------------------------X

**(PROPOSED) ORDER**

Case No. 1:22-cv-10633 (RA)(JW)

Upon the Declaration of Oluwabamise L. Jegede, sworn to on May 19, 2023 and the Declaration of Steven B. Ross, Esq., sworn to on May 19, 2023, and upon the testimony and evidence before the Court, it is hereby:

**ORDERED,** that

(1) Plaintiff, all employees, agents and/or persons otherwise working for or affiliated with Plaintiff not assault, harass, bother, threaten, or intimidate any Defendant or any of Defendants' employees or agents;

(2) Plaintiff, all employees, agents and/or persons otherwise working for or affiliated with Plaintiff not interfere with or obstruct the business or business activities of any Defendant;

(3) Plaintiff and all employees, agents and/or persons otherwise working for or affiliated with Plaintiff not bother, threaten, intimidate, harass and/or interfere with Defendant 's customers and potential customers.

**DATED:** New York, New York

________________________________
Hon. Ronnie Abrams
United States District Judge