CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Ahlin Bruce (M 39),

Defendant.

MISDEMEANOR

3244677

Police Officer Nicole Ryan, Shield # 21687 of the Patrol Borough Manhattan South, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 120.00(1) | Assault in the Third Degree (defendant # 1 : 1 count) |
| 2 | PL 120.00(2) | Assault in the Third Degree (defendant # 1 : 1 count) |
| 3 | PL 240.30(4) | Aggravated Harassment in the Second Degree (defendant # 1 : 1 count) |
| 4 | PL 110/120.00(1) | Attempted Assault in the Third Degree (defendant # 1 : 1 count) |
| 5 | PL 240.26(1) | Harassment in the Second Degree (defendant # 1 : 1 count) |

On or about April 27, 2023 at about 06:41 PM, in front of 730 7 Avenue; in the County and State of New York, the defendant, with intent to cause physical injury to another person, caused such injury to another person; the defendant recklessly caused physical injury to another person; the defendant, with the intent to harass, annoy, threaten and alarm another person, struck, shoved, kicked and otherwise subjected another person to physical contact thereby causing physical injury to such person and to a family and household member of such person as defined in section 530.11 of the criminal procedure law; the defendant, with intent to cause physical injury to another person, attempted to cause such injury to another person; the defendant, with intent to harass, annoy and alarm another, subjected that person to physical contact and attempted and threatened to do the same;

*The factual basis for these charges are as follows:*

I am informed by Omowaye Jegede, of an address known to the District Attorney's Office, that he observed the defendant strike him about the chest with a closed fist no fewer than five times, causing swelling, bruising, and substantial pain.

I am further informed by Mr. Jegede that he saw the defendant kick him in the

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Ahlin Bruce (M 39),

Defendant.

MISDEMEANOR

3244677

chest once, causing swelling, bruising, and substantial pain.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

PO N Ryan

Police Officer Nicole Ryan

5/1/23
Date

1806
Time

**CRIMINAL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK: PART DAT-D**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>vs.<br><br>Ahlin Bruce<br><br>Defendant(s) | SUPPORTING DEPOSITION<br>C.P.L. §100.20<br><br>ECAB No 3244677<br>Docket No CR-010484-23NY<br>Adjourned Date 5/17/2023 |

I, Omowaye Jegede, of an address known to the New York County District Attorney's Office, County of New York, State of New York, being duly sworn, depose and say:

that I have read the Accusatory Instrument filed in the above-entitled action and attached hereto and that the facts therein stated to be on information furnished by me are true upon my personal knowledge.

*False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law, and as other crimes.*

Omowaye Jegede (May 12, 2023 15:09 EDT)