
NY ICONIC TOURS
0185