UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GO NEW YORK TOURS, INC. d/b/a TopView
Sightseeing,

                            Plaintiff,

                v.

AURORA TOURISM SERVICES, LLC
d/b/a NY Iconic Tours, d/b/a NY Iconic Cruises,
and OLUWABAMISE L. JEGEDE,

                            Defendants.

No. 22-CV-10633 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court previously ordered the parties to file a joint letter with their respective plans for the continuation of the preliminary injunction hearing one week prior to the hearing scheduled for tomorrow, May 25, 2023.  In the time since that letter was filed, Defendant subsequently filed its own motion for a preliminary injunction on May 19.  *See* Dkts. 72–73.  Today, Plaintiff filed more than 300 pages of materials, including: a memorandum of law in opposition to Defendant's motion, *see* Dkt. 76, an affidavit of Jonathan Hengal with attached exhibits, *see* Dkt. 77, an affidavit of Karl Martin with attached exhibits, *see* Dkt. 78, an affidavit of Jennifer Li with attached exhibits, *see* Dkt. 80, and an affirmation by counsel Maurice Ross, *see* Dkt. 79.  Plaintiff further indicated its intent to rely upon these affidavits in lieu of direct examination testimony.

    In light of today's filings and Defendant's recent motion, the hearing scheduled for tomorrow, May 25, 2023, is hereby adjourned.  By separate order, the Court will be in touch regarding the pending motions for preliminary injunctions filed by both parties.

SO ORDERED.

    Dated:        May 24, 2023
                  New York, New York

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge