UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                Plaintiff,

-against-

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**22-cv-10633 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The conference scheduled for June 8, 2023 at 11:00am is rescheduled to **June 8, 2023 at 2:00pm**.  The conference will be held in-person in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
                June 2, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge