

**499 7th Avenue, 23rd FL. S. Tower**
**New York, New York 10018**

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

VIA ECF

Hon. Mag. Judge Jennifer Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY

> The request to adjourn the conference is GRANTED. If the parties wish to be heard on the dispute regarding the proposed protective order, the parties should write to the Court with three mutually agreeable dates in July and August by **June 16, 2023**. Any conference before this Court will be heard in-person absent extraordinary circumstances.
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
> June 6, 2023

RE:  *Go New York Tours, Inc. v. Aurora Tourism Services, LLC, et. al.*
Case No. 22-CV-10633 (RA) (JW)

Dear Judge Willis:

This firm represents Defendants in the above-referenced action.

By order dated June 2, 2023, the Court scheduled a status conference for 2 PM June 8, 2023. I write to request an adjournment of that status conference date.

I will be leaving New York on June 8 for an important personal matter. I will not be able to attend the June 8 conference. I am not available June 8. As such, I respectfully request an adjournment of the June 8 status conference date. If such application is granted, I respectfully request permission for the parties to send the Court good dates for the adjourn date.

Counsel for the Plaintiff consents to the above request. With regard to the next status conference, the parties request that any adjourned date to be scheduled by the Court be heard virtually (via Zoom).

Respectfully,

*Steven B. Ross*
Steven B. Ross, Esq.
Ross & Asmar LLC