UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                           Plaintiff,                    **ORDER**

                    -against-                   **22-cv-10633 (RA) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                         Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 28, 2023, the Parties were heard regarding the dispute over a proposed protective order at Dkt. No. 65. Plaintiff was directed to submit a revised proposed protective order by **September 11, 2023** as stated more fully on the record. The Parties were further directed to meet and confer regarding a revised proposed case management plan and submit a joint proposal by **September 11, 2023** noting any disagreements on scheduling.

The Court will hold a case management conference on **September 27, 2023 at 2:00pm**. Chambers will email the Parties with a video link for the conference. The Conference will take place on Microsoft Teams: **+1 646-453-4442, conference ID: 643253646#**.

The Parties are directed to order a copy of the transcript from the August 28th conference and provide a copy to the Court. The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 65.

SO ORDERED.

DATED:   New York, New York
             August 28, 2023

                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge