UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                                Plaintiff,                      **ORDER**

               -against-                      **22-cv-10633 (RA) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                                Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter motion at Dkt. No. 93 requesting an extension to submit edits and objections to the proposed protective order. Plaintiff opposes this request. Dkt. No. 94. As stated more fully on the record at the August 28th conference, the Court fully intends to enter the protective order above Defendants' objections. However, because the Court wants to afford Defendants the opportunity to note specific objections, the request for a short extension is GRANTED. The Parties should re-file the proposed protective order with Defendants' objections by **September 14, 2023**. Defendants' counsel should be more attentive to court deadlines in the future.

      SO ORDERED.

DATED:    New York, New York
                September 13, 2023

                                                           */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                          United States Magistrate Judge