**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                            Plaintiff,                        **ORDER**

                 -against-                          **22-cv-10633 (RA) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                           Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The case management conference set for September 27, 2023 is ADJOURNED *sine die*. The Court adopted the proposed case management plan at Dkt. No. 98. In the proposed case management plan, the Parties indicated that they may be interested in early resolution including either Court assisted settlement or referral to the Court's Mediation Program. The Parties are directed to meet and confer regarding their positions on early resolution. Should the Parties wish to request referral to the Court's Mediation Program or to schedule a settlement conference, the Parties are directed to notify the Court by **September 29, 2023**. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

SO ORDERED.

DATED:    New York, New York
         September 14, 2023

                                             _____
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge