**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                           Plaintiff,

               -against-

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                       Defendants.
-----------------------------------------------------------------X

**ORDER**

**22-cv-10633 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter motion filed on December 5, 2023,

seeking to compel document production from Defendants.  Dkt. No. 107.  Per this

Court's Individual Practices § II(A), Defendants were permitted to submit a

responsive letter within 3 business days.  No such letter was filed.  Therefore,

Plaintiff's request for production is GRANTED as unopposed.  Defendants are

directed to provide the requested documents to Plaintiff by **December 29, 2023**.

      SO ORDERED.

DATED:     New York, New York
              December 13, 2023

                                       *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                         United States Magistrate Judge