UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                              Plaintiff,                         **ORDER**

                         -against-                      **22-cv-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter requesting that the Court (i) order Defendants to complete production of documents previously ordered by this Court, (ii) order Defendants to produce witnesses for depositions in January, (iii) strike Defendants' document request as untimely, and (iv) extend fact discovery for 30 days. Dkt. No. 111. Defendants respond that (i) they are "in the process of producing" documents ordered by the Court, (ii) counsel has a trial in January and may not be available on proposed deposition dates, (iii) Defendants' document request is timely in that it has been served during the discovery period, and (iv) Defendants do not oppose the discovery extension request.

      This Court previously ordered that Defendants produce documents by December 29, 2023. Dkt. Nos. 108, 110. Rather than complying with the prior orders or seeking an extension, Defendants simply made an initial document production and noted they would "update counsel for the Plaintiff as to the status of the additional

documents." Dkt. No. 112. This response is not satisfactory. Defendants are directed to produce the remaining documents by **January 17, 2024**. Failure to comply with orders from this Court may result in sanctions pursuant to Fed. R. Civ. P. 37(b).

Plaintiff's request to order Defendants to schedule depositions in January is DENIED. The Parties are directed to meet and confer in good faith to schedule outstanding depositions and file a joint status letter by **January 31, 2024**. If the Parties are unable to agree on deposition dates by January 31st, then this Court will order dates for deposition at random, without regard to the schedules of counsel or the deponents.

Plaintiff's request to strike Defendants' document requests is DENIED. However, the Court is troubled by the behavior of Defendants' counsel and reminds them of their continued obligation to negotiate in good faith to resolve discovery disputes.

Finally, the fact discovery deadline is extended to **March 1, 2024**. This Court is not likely to grant further discovery extension requests absent extraordinarily good cause.

SO ORDERED.

DATED:   New York, New York
         January 10, 2024

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge