UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                          Plaintiff,                      **ORDER**

               -against-                   **22-cv-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                          Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter motion requesting that Defendants not be required to produce documents demonstrating insurance policies and prices paid by Defendants for buses citing the "sensitive" nature of the documents. Dkt. No. 115. This request is DENIED.

      Plaintiff initially requested the subject documents in a letter motion on December 5, 2023. Dkt. No. 107. Per this Court's Individual Practices Section II(A), any responsive letter was to be submitted within 3 business days. Defendant failed to file a timely objection, so on December 13, 2023, this Court granted the request as unopposed. Dkt. No. 108. After this Court issued an order requiring document production, Defendants responded for the first time to oppose Plaintiff's request for document production. Dkt. No. 109. This Court was under no obligation to consider Defendants' belated submission, but it did so, modifying the prior order slightly based on objections raised by Defendants, and subsequently ordering that the remaining

documents be produced by December 29, 2023. Dkt. No. 110. Without explanation or leave of this Court, Defendants failed to meet this court-ordered deadline. On January 4, 2024, Plaintiff wrote to notify the Court that production had not been made in violation of the Court's prior order.   Dkt. No. 111.

On January 10, 2024, this Court set another deadline for production of January 17, 2024.  Dkt. No. 113.  Pursuant to this Court's Individual Practices Section I(C), requests for adjournments or extensions should be filed at least two business days in advance of a deadline.  Instead, Defendants waited almost a week, until the day before production was due, to ask the Court to reconsider its prior orders requiring document production.  Dkt. No. 115.

In this Court's view, Defendants have shown a complete lack of diligence in the discovery process, have flouted numerous rules and orders of this Court, and offer no legitimate reason for this Court to reconsider its prior orders.  Defendants' request is DENIED.  As the Parties were likely awaiting this Court's ruling, the Court will grant a brief extension until **end of day today, January 18, 2024,** to produce the remaining documents previously ordered by this Court. Failure to comply with this order will result in sanctions pursuant to Fed. R. Civ. P. 37(b).  **The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 115 and 116.**

SO ORDERED.

DATED:   New York, New York
         January 18, 2024

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2