UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                           Plaintiff,                         **ORDER**

                 -against-                    **22-cv-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                           Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter motion at Dkt. No. 114 requesting the Court compel document production from Plaintiff, as well as Plaintiff's opposition at Dkt. No. 117. Defendants' letter states, "[t]o the extent that the Court has directed that the broad categories of documents requested by the Plaintiff are relevant and discoverable . . . then the documents relating to the conduct and behavior of the Plaintiff in the face of the public are. . . clearly relevant and discoverable." Dkt. No. 114 at 3. This Court reiterates that Plaintiff's initial request for document production was not timely opposed by Defendants and was granted as such. See Dkt. Nos. 108, 110, 118.

      Here, while the request is opposed, the Court notes conclusory statements in the 7-pages of submissions received and not a single case citation. The Parties are directed to re-file their submissions noting each category of documents in contention and providing specific case support for their positions by **January 25,**

**2024 at 5:00pm** in no more than 5 pages.  No replies will be permitted, and the Court anticipates issuing a ruling on the papers.  **The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 114 and 117.**

    SO ORDERED.

DATED:   New York, New York
              January 18, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2