UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., *d/b/a*
"TOPVIEW SIGHTSEEING,"

                        Plaintiff,                  **ORDER**

                -against-                    **22-cv-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
*d/b/a* "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court will hold a discovery conference in this matter on April 18, 2024 at 1:00pm. The conference will be held in-person in Courtroom 228, 40 Foley Square, New York, New York. As Defendants' counsel seeks to withdraw as attorney of record, Dkt. No. 128, this Court expects that the individual Defendant/corporate representative will attend the conference as well.

      SO ORDERED.

DATED:    New York, New York
              April 5, 2024

                                              *Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge