

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

April 11, 2024

Via ECF Filing

Hon. Mag. Judge Jennifer Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY

   RE: *Go New York Tours, Inc. v. Aurora Tourism Services, LLC, et. al.*
      Case No. 22-CV-10633 (DEH) (JW)

Dear Mag. Judge Willis:

  Ross & Asmar LLC represents Defendants in the above-referenced action. I write in with regard to the hearing scheduled for April 18, 2024 at 1 PM [Docket 132].

  I am appearing before Justice Michael Katz of New York County Supreme Court (60 Centre Street) at 11:30 PM. That case is entitled Alavi v. Alavi. That appearance may conclude close to 1 PM.

  I respectfully request that the Court start the conference just a few minutes later (to 1:20 PM) to enable me to conclude with Justice Katz, rush over to 40 Centre Street, go through security, and reach the courtroom for the conference. Counsel for the Plaintiff consents to this request.

This request is GRANTED. The conference is adjourned to April 18th at 1:20pm. SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

April 12, 2024

Respectfully,

*Steven B. Ross*
Steven B. Ross, Esq.
Ross & Asmar LLC