UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., d/b/a
"TOPVIEW SIGHTSEEING",

                       Plaintiff,                     **ORDER**

            -against-                    **22-CV-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
d/b/a "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of counsel for Defendants' motion to withdraw as attorney of record for the Defendants. Dkt. No. 159. An in-person conference regarding this motion will be held on **March 28, 2025, at 11:30 AM** in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. Counsel for Defendants is also ordered to ensure Defendant Oluwabamise L. Jegede and a representative for Aurora Tourism Services, LLC, who may also be Jegede, are present at the conference.

      SO ORDERED.

DATED:    New York, New York
               March 19, 2025

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge