UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GO NEW YORK TOURS, INC., d/b/a
"TOPVIEW SIGHTSEEING",

                        Plaintiff,                            **ORDER**

                     -against-                         **22-CV-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
d/b/a "NEW YORK ICONIC TOURS"
and "NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                        Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter concerning the alleged insufficiencies of Defendants March 7, 2025 letter in response to the Court's February 28, 2025 order. Dkt. No. 161. In light of counsel for Defendants pending motion to withdraw based on a "breakdown in communication and cooperation," this Court finds that counsel for Defendants is not in a position to adequately respond to Dkt. No. 161. Any resolution of Plaintiff's letter regarding the insufficiencies will be addressed after the pending motion to withdraw.

      The Court is also in receipt of Defendants motion to adjourn the conference set for March 28, 2025. Dkt. No. 162. That request is GRANTED. The Parties are directed, via conference call, to call this Court's chambers between 11:00 AM and 1:00 PM on March 31, 2025. During the March 31st call, the Court and counsel will select a date to reschedule the conference on the pending motion to withdraw. The Parties should have their availability for a future conference date readily accessible during

the call. Counsel for Defendants should ascertain the availability of his clients, who will need to attend the future conference, before the March 31st call.

    SO ORDERED.

DATED:   New York, New York
             March 26, 2025

                                                                           JENNIFER E. WILLIS
                                                                          United States Magistrate Judge