UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GO NEW YORK TOURS, INC., d/b/a
"TOPVIEW SIGHTSEEING",

                       Plaintiff,                    **ORDER**

          -against-                 **22-CV-10633 (DEH) (JW)**

AURORA TOURISM SERVICES, LLC,
d/b/a "NEW YORK ICONIC TOURS"
and "NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On March 24, 2025, Plaintiff filed a letter concerning the alleged insufficiencies of Defendants March 7, 2025 letter. Dkt. No. 161. However, this Court ruled that considering Defendants former counsel's motion to withdraw, the Defendants were not in a position to adequately respond to Dkt. No. 161 at that time.

      On June 5, 2025, new counsel for Defendants appeared in this matter. Counsel for Defendants is ordered to familiarize themselves with the history of this matter, coordinate with Defendants, and file a response to Dkt. No. 161 **by July 25, 2025**. All responses, regarding both production and non-production, shall be via an affidavit from an attorney or record keeper.

      SO ORDERED.

DATED:    New York, New York
               June 25, 2025

                                                            _JENNIFER E. WILLIS_
                                                             United States Magistrate Judge