**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GO NEW YORK TOURS, INC., d/b/a
"TOPVIEW SIGHTSEEING",

                       Plaintiff,

                -against-

AURORA TOURISM SERVICES, LLC,
d/b/a "NEW YORK ICONIC TOURS" and
"NY ICONIC CRUISES," and
OLUWABAMISE L. JEGEDE,

                    Defendants.
-------------------------------------------------------------------X

                **ORDER**

        **22-CV-10633 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 176 requesting the Court "to strike [Defendants'] pleadings, or at the very least, preclude them from presenting evidence at trial or on summary judgment that has not yet been produced." Dkt. No. 176. While Plaintiff's letter at Dkt. No. 176 raises concerns regarding deficiencies or potential spoliation in Defendants' production, Plaintiff has not filed a properly formulated request or sanctions motion, let alone a request for leave to file a sanctions motion to the Court. The record before the Court shows Defendants representing multiple times that they have complied with discovery orders and produced responsive documents, including declarations via an affidavit by Defendants' counsel. See Dkt. No. 172. In the event Plaintiff would like file a sanctions motion to fully brief the issue, they should request leave to do so in accordance with the undersigned's individual rules.

2

Further, the Court is in receipt of Plaintiff's letter motion at Dkt. No. 182. The Court clarifies that the Court's prior November 12, 2025 order at Dkt. No. 181 stating that discovery had closed on May 16, 2024, referred to initial document discovery. As such, the parties are ordered to jointly updated case management plan, including a deposition schedule and fact discovery deadlines by **December 19, 2025**.

SO ORDERED.

DATED:    New York, New York
          December 10, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2