UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Go New York Tours, Inc. ,

Plaintiff,

v.

Aurora Tourism Services, LLC, et al.,

Defendants.

22-CV-10633 (DEH) (JW)

ORDER

DALE E. HO, United States District Judge:

By September 18, 2026, the parties are directed to file a joint status letter. The letter should address whether any party intends to file a motion for summary judgment and, if so, propose a briefing schedule. If the parties do not intend to file motions for summary judgment, the letter should address the parties' availability for trial between the week of February 22, 2027 and April 2027, and the estimated length of trial.

SO ORDERED.

Dated: September 11, 2026
New York, New York

DALE E. HO
United States District Judge