BARTON

**Maurice N. Ross, Esq.**
**DIRECT: 212-885-8845**
mross@bartonesq.com

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262 Office
(212) 687.3667 Fax

bartonesq.com

September 18, 2026

**VIA ECF FILING**
Hon. Dale E. Ho
Thurgood Marshall Courthouse
Southern District of New York
Courtroom 905
40 Foley Square
New York, NY 10007

**Re: Go New York Tours, Inc. v. Aurora Tourism Services, LLC d/b/a NY Iconic Tours and Oluwabamise Jegede**
**Case No. 1:22-cv-10633-DH**

Dear Judge Ho:

Plaintiff Go New York Tours, Inc. d/b/a "TopView Sightseeing" ("Plaintiff") and Defendants Aurora Tourism Services, LLC and Oluwabamise L. Jegede (together, "Defendants") jointly submit this status letter pursuant to the Court's Order dated September 11, 2026 (Dkt. 191), which directed the parties to advise the Court whether any party intends to move for summary judgment and, if so, to propose a briefing schedule.

Plaintiff's Complaint (Dkt. 1) asserts two claims under the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and three claims under New York law (common-law unfair competition, General Business Law § 349, and General Business Law § 133), each arising from Defendants' alleged use of Plaintiff's registered TOPVIEW mark. Defendants' Answer (Dkt. 59) denies the material allegations and asserts affirmative defenses and counterclaims. Both sides have demanded a jury. The parties entered into a so-ordered stipulation of non-infringement enjoining Defendants from infringing on Plaintiff's registered "TopView" mark and falsely claiming there was an association between Plaintiff and Defendant on Aurora's webpages and online marketing materials (Dkt. 50). The Court otherwise denied Plaintiff's motion for a temporary restraining order and preliminary injunction regarding street-level infringement by Memorandum Opinion and Order dated September 21, 2023 (Dkt. 103). The case was referred to Magistrate Judge Willis for general pretrial supervision.

Under the Updated Case Management Plan and Scheduling Order entered December 30, 2025

(Dkt. 185), depositions and fact discovery were to be completed by April 17, 2026, expert reports were due by May 20, 2026, and all discovery was to be completed by June 24, 2026. Plaintiff took the depositions of Defendant Oluwabamise L. Jegede and of non-party Opeyemi Jegede in March 2026. Plaintiff's application concerning third-party discovery from non-party Chuba Ohams was resolved, and the briefing schedule on that application was adjourned. (Dkt. 190). The parties have also agreed that discovery obtained in the companion state-court case between them, *Aurora Tourism Services LLC v. Go New York Tours, Inc., Index No*. 655686/2024 (Sup. Ct. N.Y. Cnty.), may be used in this case as well. All discovery deadlines under Dkt. 185 have passed. No discovery motion is pending.

The parties intend to move for summary judgment under Fed. R. Civ. P. 56 dismissing Plaintiff's claims. Because this is a jury case, the parties understand that no pre-motion letter is required under Section 4(a) of the Court's Individual Rules and Practices in Civil Cases, and they will comply with Section 4(g) of those Rules, including the exchange of a Rule 56.1 Statement.

The parties jointly propose the following schedule: (1) Defendants' motion for summary judgment and supporting papers by Friday, November 13, 2026; (2) Plaintiff's opposition, and its cross-motion, by Friday, December 18, 2026; (3) Defendants' reply, and any opposition to a cross-motion, by Friday, January 15, 2027; and (4) Plaintiff's reply in further support its any cross-motion by Friday, January 29, 2027. The parties respectfully submit that this schedule accounts for the intervening holidays and for the parties' pending motion practice in the related state-court action between them.

Because summary judgment practice is anticipated, the parties do not propose trial dates at this time. Should the Court nonetheless wish to set a trial date now, the parties will promptly confer and provide their availability for the period from the week of March 7, 2027 through May 2027, together with an estimate of the length of trial.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

LAW OFFICE OF BRANDON WALTERS, PLLC

By: ***/s/ Brandon J. Walters***
Brandon J. Walters
52 Duane Street, 7th Floor
New York, NY 10007
(212) 962-0360
brandon.walters@aflblaw.com

BARTON LLP

By: ***/s/ Maurice Ross***
Maurice Ross
711 Third Ave, 14th Floor
New York, NY 10017
(212) 687-6262
mross@bartonesq.com